B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gary M. Day, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Nuveau Designs, Ltd.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-0322906** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1801 Winnetka Cir**<br>**Rolling Meadows, IL**<br>ZIP Code **60008** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL**<br>ZIP Code **60010** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gary M. Day, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)                    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)


☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                      **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Gary M. Day, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Barbara L. Yong**
_____
Signature of Attorney for Debtor(s)

**Barbara L. Yong**
_____
Printed Name of Attorney for Debtor(s)

**Golan & Christie LLP**
_____
Firm Name
**70 W. Madison
Suite 1500
Chicago, IL 60602**
_____
Address

**Email: Blyong@golanchristie.com
(312) 263-2300  Fax: (312) 263-0939**
_____
Telephone Number
**November 18, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gary M. Day**
_____
Signature of Authorized Individual
**Gary M. Day**
_____
Printed Name of Authorized Individual
**President**
_____
Title of Authorized Individual
**November 18, 2008**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## Northern District of Illinois

In re     **Gary M. Day, Inc.**                                          ,       Case No. _____

                                        Debtor

                                                              Chapter_____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 413,400.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,193,193.49 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 134,456.78 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 599,034.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 413,400.00 | | |
| Total Liabilities | | | | 1,926,684.46 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Gary M. Day, Inc.** _____ ,    Case No. _____

                                          Debtor

                                                    Chapter_____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re    **Gary M. Day, Inc.**
_____,                    Case No. _____
                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Gary M. Day, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Small Business Acct 121954 American Chartered Bank - 459 S Rand Road Lake Zurich, IL 60047** | - | 0.00 |
| | | **Small Business Acct 127027 American Chartered Bank 459 S Rand Road Lake Zurich, IL 60047** | - | 0.00 |
| | | **Meadows Credit Union 3350 Salt Creek Lane, Ste 100 Arlington Heights, IL 60005** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **The Western Stevens Group 1801 Winnetka Circle Rolling Meadows, IL   60008** **Security deposit on lease.** | - | 6,600.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

|  | Sub-Total > | 6,600.00 |
|---|---|---|
|  | (Total of this page) | |

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                                            ,    Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Unpaid invoices to customers** | - | **200,000.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

|  | Sub-Total >  | **200,000.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Gary M. Day, Inc.** ,     Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Chevy Astro Van 1999 VIN #1GNDM19W8XB170227** | - | 5,300.00 |
| | | **Chevy Express 25 2001 VIN#1GCFG25W411109295** | - | 7,500.00 |
| | | **International Box Truck 1993 VIN #1HT5A21RKPH484763C** | - | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **HOLZ-HER UNI-Master Matrix Table CNC Machining Center** | - | 100,000.00 |
| | | **HOLZ-HER 1315-4 Edgebander** | - | 35,000.00 |
| | | **Forklift** | - | 12,000.00 |
| 30. Inventory. | X | | | |

Sub-Total >      166,800.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                   ,      Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Microvellum software** | **-** | **40,000.00** |

|  |  |
|---|---|
| Sub-Total > | **40,000.00** |
| (Total of this page) | |
| Total > | **413,400.00** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Gary M. Day, Inc.**                                         ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **American Chartered Bank** 459 S Rand Road Lake Zurich, IL 60047 | X | - | | | August 2006 Line of credit secured by lien on all business assets UCC-1 filed 8/2/06 as doc 11206468 | | | | | |
| | | | | | Value $           413,400.00 | | | | 200,000.00 | 0.00 |
| Account No. **F108 V04 070** **Barrington Bank & Trust** 201 S. Hough St. Barrington, IL 60010 | | | | | February 2007 Purchase money loan for forklift UCC-1 filed 2/8/07 as document 11793665 | | | | | |
| | | | | | Value $            12,000.00 | | | | 15,000.00 | 3,000.00 |
| Account No. **Comerica Bank** 1900 West Loop South Suite 220 Houston, TX 77027 | X | - | | | August 2006 Loan for working capital secured by all business assets UCC-1 filed 8/3/06 as document 11208843 | | | | | |
| | | | | | Value $           213,400.00 | | | | 335,000.00 | 121,600.00 |
| Account No. **20-0322906** **Internal Revenue Service** 860 E. Algonquin Rd. Group 36-Stop 5336 SHG Schaumburg, IL 60173 | X | - | | | July 2008 Notice of Tax Lien | | | | | |
| | | | | | Value $                 0.00 | | | | 86,105.97 | 86,105.97 |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)

| 636,105.97 | 210,705.97 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re     **Gary M. Day, Inc.**                                                          ,     Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **62705000**<br><br>**National City Commercial Capital Co**<br>**995 Dalton Dr**<br>**Cincinnati, OH 45203** | X | - | **January 2007**<br><br>**Assumption of Lease on Edgebander 1315-4**<br><br>Value $                35,000.00 | | | | 36,000.00 | 1,000.00 |
| Account No.<br><br>**United States Small Business Admin**<br>**Illinois District Office**<br>**Citycorp Center, 500 W Madison-1250**<br>**Chicago, IL 60661-2511** | X | - | **July 19, 2006**<br><br>**Business loan secured by business assets**<br><br>Value $                      0.00 | | | X | 312,000.00 | 312,000.00 |
| Account No. **1534**<br><br>**Univest Capital, Inc. f/k/a**<br>**Vanguard Leasing, Inc.**<br>**9322 Reliable Pky**<br>**Chicago, IL 60686-0093** | X | - | **October 2006**<br><br>**Lease for Microvellum Software**<br>**UCC-1 filed 3/18/08 as document 13057664**<br><br>Value $                40,000.00 | | | | 30,000.00 | 10,000.00 |
| Account No. **500-0084877-000**<br><br>**US Bancorp**<br>**Office Equipment Finance Services**<br>**1310 Madrid St**<br>**Marshall, MN 56258** | X | - | **August 2006**<br><br>**Office Copier Lease**<br>**UCC-1 filed 6/5/08 as document 13323119**<br><br>Value $                 1,000.00 | | | | 9,087.52 | 8,087.52 |
| Account No.<br><br>**US Bank Corp Equipment Finance, Inc**<br>**f/k/a Beacon Funding Corp**<br>**13010 SW 68th Parkway, Ste 100**<br>**Portland, OR 97223** | | - | **October 2007**<br><br>**Financing lease for CNC machining center s/n 225**<br>**UCC -1 filed 10/24/07 as document 12619057 & 08900041**<br><br>Value $               100,000.00 | | | | 170,000.00 | 70,000.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 557,087.52 | 401,087.52 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 1,193,193.49 | 611,793.49 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re   **Gary M. Day, Inc.**                                                          ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**3**      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re __**Gary M. Day, Inc.**_____,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | - | | **from March 2008**<br><br>**Unpaid salary** | | | | 40,000.00 | 29,050.00<br><br>10,950.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet __**1**__ of __**3**__ continuation sheets attached to | Subtotal | 29,050.00 |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)  40,000.00 | 10,950.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                                                    ,          Case No. _____
                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Medical claims not paid** | | | | | |
| **Peter A. Rubino**<br>**1383 Birchbark Tr.**<br>**Carol Stream, IL 60188** | - | | | X | X | | | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **2** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | **0.00** |
| | **0.00** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 9-30-07 | | | | | |
| **Internal Revenue Service Kansas City, MO 64999** | X | - | 941 Taxes | | | | | 0.00 |
| | | | | | | | 47,641.67 | 47,641.67 |
| Account No. | | | 12-31-07 | | | | | |
| **Internal Revenue Service Kansas City, MO 64999** | X | - | 941 Taxes | | | | | 0.00 |
| | | | | | | | 46,489.85 | 46,489.85 |
| Account No. | | | 12-31-07 | | | | | |
| **Internal Revenue Service Kansas City, MO 64999** | X | - | 940 Taxes | | | | | 0.00 |
| | | | | | | | 325.26 | 325.26 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 0.00 |
| | 94,456.78 | 94,456.78 |
| Total (Report on Summary of Schedules) | 29,050.00 | |
| | 134,456.78 | 105,406.78 |

B6F (Official Form 6F) (12/07)

In re    **Gary M. Day, Inc.**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**A&M Hardware, Inc.**<br>**400 W. Gramby St**<br>**Manheim, PA 17545** | | - | **May 2008**<br>**Inventory materials** | | | | 130.07 |
| Account No.<br><br>**ABS Whole Sale**<br>**953 Seton Court**<br>**Wheeling, IL 60090** | | - | **September 2007**<br>**Inventory materials** | | | | 199.39 |
| Account No. 264-601<br><br>**Aetna Plywood, Inc**<br>**4208 Paysphere Circle**<br>**Chicago, IL 60674** | X | - | **April 2008**<br>**Inventory materials** | | | | 13,042.57 |
| Account No. 42448<br><br>**All Tile Inc**<br>**1201 Chase Ave**<br>**Elk Grove Village, IL 60007** | X | - | **August 2008**<br>**Inventory materials** | | | | 20,928.83 |
| __17__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | 34,300.86 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     S/N:24966-081009   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Anderson Lock Company**<br>**920 Remington Rd**<br>**Schaumburg, IL 60173** | | - | | **MARCH 2008**<br>**Materials for inventory** | | | | 8,580.00 |
| Account No. <br><br>**Arkraft Corporation**<br>**2048 Foster Avenue**<br>**Wheeling, IL 60090** | | - | | **March 2007**<br>**Manufacturing services** | | | | 26,790.00 |
| Account No. 997008112<br><br>**AT&T Mobility**<br>**PO Box 6463**<br>**Carol Stream, IL 60197-6463** | | - | | **August 2008**<br>**Mobile phone service** | | | | 321.94 |
| Account No. <br><br>**Baer Supply Company**<br>**909 Forest Edge Drive**<br>**Vernon Hills, IL 60061** | X | - | | **July 2008**<br>**Materials for inventory** | | | | 3,304.01 |
| Account No. <br><br>**Barnes Distribution**<br>**Dept CH 14079**<br>**Palatine, IL 60055-4079** | | - | | **July 2007**<br>**Inventory materials** | | | | 84.02 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,079.97

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                              ,      Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1005380**<br><br>**Blue Care Dental**<br>**75 Remittance Drive**<br>**Suite 1246**<br>**Chicago, IL 60675-1246** | - | | Employee dental insurance | | | | 647.85 |
| Account No. **347499**<br><br>**Blue Cross Blue Shield of IL**<br>**PO Box 1186**<br>**Chicago, IL 60690-1186** | - | | Health Insurance for employees | | | | 5,581.84 |
| Account No.<br><br>**Burton Partners, LLC**<br>**931 N Plum Grove Road**<br>**Schaumburg, IL 60173** | | | December 2007<br>Accounting services | | | | 8,061.53 |
| Account No.<br><br>**C&S Enterprises, Ltd**<br>**820 Dundee Ave**<br>**Elgin, IL 60120** | - | | November 2007<br>Metal fabrication services | | | | 1,370.00 |
| Account No.<br><br>**C.R. Laurence Co.**<br>**2765 Spectrum Dr.**<br>**Elgin, IL 60124** | - | | August 2007<br>Materials/supplies | | | | 32.18 |

Sheet no. __2__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**15,693.40**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                                               ,        Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Chicago Office Technology Group**<br>**PO Box 5940**<br>**Lock Box # 20-COE-001**<br>**Carol Stream, IL 60197-5940** | - | | | | **June 2008**<br>**Office copier** | | | | 22.62 |
| Account No.<br><br>**Chicago Suburban Express**<br>**PO Box 388568**<br>**Chicago, IL 60638** | - | | | | **August 2007**<br>**Shipping services** | | | | 54.22 |
| Account No. 47703<br><br>**CIMCO Communications, Inc**<br>**PO Box 95900**<br>**Chicago, IL 60694** | - | | | | **February 2007**<br>**Telephone service** | | | | 627.22 |
| Account No. 47703<br><br>**CINTAS**<br>**1870 Brummel Dr.**<br>**Elk Grove Village, IL 60007** | - | | | | **July 2008**<br>**Safety supplies** | | | | 60.42 |
| Account No.<br><br>**City of Rolling Meadows**<br>**3600 Kirchoff Road**<br>**Rolling Meadows, IL 60008** | - | | | | **August 2008**<br>**Business license** | | | | 88.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

852.48

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                              ,       Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | October 2006 Supplies | | | | |
| Claridge Products PO Box 910 Harrison, AR 72602-0910 | - | | | | | | | | 112.00 |
| Account No. | | | | | October 2007 Compressor service | | | | |
| Cochrane Compressor Company 4533 W North Avenue Melrose Park, IL 60160 | - | | | | | | | | 497.66 |
| Account No. | | | | | May 2008 Materials for inventory | | | | |
| Collins Supply 6465 N. Avondale Ave Chicago, IL 60631 | - | | | | | | | | 691.28 |
| Account No. | | | | | August 2007 Materials for inventory | | | | |
| Contract Builders Hardware 1203 S Northwest Hwy Barrington, IL 60010 | - | | | | | | | | 191.64 |
| Account No. | | | | | August 2007 Materials for inventory | | | | |
| Custom Crafted Doors 2810 County Road 520 North El Paso, IL 61738 | - | | | | | | | | 2,654.33 |

| Sheet no. __4__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,146.91 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                                                   ,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account No. <br><br>**Custom Stainless Solutions** <br>**3747 Acorn Lane** <br>**Franklin Park, IL 60131** | - | | | | **October 2007** <br>**Materials for inventory** | | | | **6,338.00** |
| Account No. <br><br>**Design Tex** <br>**200 Varick Street** <br>**8th Floor** <br>**New York, NY 10014** | - | | | | **July 2008** <br>**Materials for inventory** | | | | **1,761.03** |
| Account No. <br><br>**Door Connection LLC** <br>**1400 Norwood Ave** <br>**Itasca, IL 60143** | - | | | | **December 2007** <br>**Materials for inventory** | | | | **385.07** |
| Account No. <br><br>**Dymond Glass & Energy** <br>**226 W Belvidere Road** <br>**Hainesville, IL 60030** | - | | | | **October 2007** <br>**Materials for inventory** | | | | **3,253.00** |
| Account No. 212800 <br><br>**E. Kinast Distributors, Inc** <br>**3299 Eagle Way** <br>**Chicago, IL 60678-1032** | - | | | | **May 2008** <br>**Materials for inventory** | | | | **4,408.09** |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,145.19**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Gary M. Day, Inc.**_____,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Edgebanding Surfaces, Inc. <br> 828 W Cienega Ave. <br> San Dimas, CA 91773 | X | - | July 2007 <br> Materials for inventory | | | | 182.75 |
| Account No. <br><br> ELC Installation Co <br> 5635 James Drive <br> Oak Forest, IL 60452 | | - | June 2008 <br> Installation services | | | | 35,947.00 |
| Account No. <br><br> Eli-Wyn Upholstry <br> 2211 N Elston <br> Chicago, IL 60614 | | - | January 2008 <br> Installation services | | | | 1,095.00 |
| Account No. <br><br> EPCO Paint <br> 2655 Kirchoff Road <br> Rolling Meadows, IL 60008 | | - | February 2008 <br> Materials for inventory | | | | 49.15 |
| Account No. <br><br> Esser Hayes (Westfield Insurance) <br> 1811 High Grove, Suite 139 <br> PO Box 2830 <br> Naperville, IL 60567 | | - | July 2008 <br> Rider on WC policy | | | | 3,005.30 |

Sheet no. __6__ of __17__ sheets attached to Schedule of          Subtotal          40,279.20
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3495-8276-7**<br><br>**Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | | - | | January 2008<br>Shipping services | | | | 22.91 |
| Account No.<br><br>**FH Premier Plywood**<br>**1370 Gateway Dr**<br>**Elgin, IL 60123** | X | - | | November 2007<br>Materials for inventory | | | | 9,156.62 |
| Account No.<br><br>**Fred Pryor Seminars**<br>**PO Box 219468**<br>**Kansas City, MO 64121-9468** | | - | | November 2007<br>Seminar services | | | | 299.00 |
| Account No.<br><br>**G. Wood Services, Inc**<br>**5680 Northwest Highway**<br>**Chicago, IL 60646** | | - | | June 2008<br>Finishing services | | | | 3,399.10 |
| Account No.<br><br>**Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | | - | | August 2006<br>Loans to business and non-priority wages | | | | 89,050.00 |

| Sheet no. __7__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 101,927.63 |
|---|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day, Inc.**                                                    Case No. _____
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Golterman & Sabo**<br>**3555 Scarlet Oak Blvd**<br>**Saint Louis, MO 63122** | - | | | **May 2007**<br>**Materials for inventory** | | | | **1,224.00** |
| Account No. **382535**<br><br>**Groot Recycling & Waste**<br>**2500 Landmeier Road**<br>**Elk Grove Village, IL 60007** | - | | | **August 2008**<br>**Recycling services** | | | | **331.67** |
| Account No. **788647**<br><br>**Hafele America Co.**<br>**PO Box 75352**<br>**Charlotte, NC 28275** | - | | | **July 2008**<br>**Materials for inventory** | | | | **279.57** |
| Account No.<br><br>**HealthPro Physician**<br>**4949 Euclid Ave**<br>**Palatine, IL 60067** | - | | | **November 2007**<br>**Medical services** | | | | **248.00** |
| Account No.<br><br>**Holland Freight Lines**<br>**750 East 40th Street**<br>**Holland, MI 49423** | - | | | **June 2008**<br>**Shipping services** | | | | **397.57** |

Sheet no. __**8**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,480.81**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day, Inc.**                                                    ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **6035 3225 4172 2371**<br><br>**Home Depot**<br>**825 E. Dundee Rd.**<br>**Palatine, IL 60067** | | - | | | **January 2008**<br>**Miscellaneous supplies** | | | | **110.96** |
| Account No.<br><br>**Ideal Door**<br>**890 Central Court**<br>**New Albany, IN 47150** | | - | | | **June 2008**<br>**Materials for inventory** | | | | **7,553.82** |
| Account No.<br><br>**Interface Fabrics**<br>**437 Fifth Ave**<br>**New York, NY 10016** | | - | | | **January 2007**<br>**Materials for inventory** | | | | **357.18** |
| Account No. **048845**<br><br>**Jaeckle Wholesale Inc**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53718** | X | - | | | **July 2008**<br>**Materials for inventory** | | | | **4,460.20** |
| Account No.<br><br>**Jeff Lucca Custom Carpentry Inc**<br>**21819 Morning Dove Ln**<br>**Frankfort, IL 60423** | | - | | | **February 2007**<br>**Carpentry services** | | | | **26,795.03** |

Sheet no. __**9**___ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **39,277.19**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gary M. Day, Inc.**                                      ,        Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Kent Kartage Inc 1129 Beachcomber Drive Schaumburg, IL 60193 | | - | April 2008 Shipping services | | | | 2,517.50 |
| Account No.  Knoll Textiles 222 Merchandise Mart Plaza Chicago, IL 60654 | | - | February 2008 Materials for inventory | | | | 640.22 |
| Account No.  Lamin-Art 1670 Basswood Rd Schaumburg, IL 60173 | X | - | April 2008 Materials for inventory | | | | 1,290.20 |
| Account No.  Landmark Building Services Inc 341 Winslow Way Lake In The Hills, IL 60156 | | - | January 2008 Janitorial services | | | | 384.00 |
| Account No.  Lewis Floor & Home 1840 Skokie Blvd Northbrook, IL 60062 | | - | August 2008 Materials for inventory | | | | 288.79 |

Sheet no. __10__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 5,120.71

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **July 2008** | | | | |
| **M&E Construction** 1025 Tonne Road Elk Grove Village, IL 60007 | - | | **Construction services** | | | | 80,897.00 |
| Account No. | | | **May 2008** | | | | |
| **M.L. Rongo** 4817 West Lake Street Melrose Park, IL 60160-2750 | - | | **Materials for inventory** | | | | 15,260.55 |
| Account No. | | | **March 2008** | | | | |
| **Mandel Metals, Inc.** 11400 W Addison St Franklin Park, IL 60131 | - | | **Materials for inventory** | | | | 288.20 |
| Account No. | | | **March 2008** | | | | |
| **Martin Industries** 1201 N. 25th Ave Melrose Park, IL 60160 | - | | **Supplies** | | | | 173.24 |
| Account No. | | | **June 2007** | | | | |
| **Masterbuilders Inc** 897 Woodlane Drive Antioch, IL 60002 | - | | **Construction services** | | | | 15,601.15 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **112,220.14**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | July 2008 Construction services | | | | |
| Midwest Saw Inc 850 Meadowview Crossing Unit #4 West Chicago, IL 60185 | | - | | | | | | | 281.85 |
| Account No. | | | | | January 2008 Supplies | | | | |
| Midwest Woodworking Machinery PO Box 5747 Elgin, IL 60121-5747 | | - | | | | | | | 471.38 |
| Account No. | | | | | March 2008 Materials for inventory | | | | |
| Millwork Direct, Inc 2400 E Main St Saint Charles, IL 60174 | | - | | | | | | | 4,465.00 |
| Account No. | | | | | July 2007 Construction services | | | | |
| Mirco Incorporated 987 S Lively Blvd Elk Grove Village, IL 60007 | | - | | | | | | | 1,508.30 |
| Account No. | | | | | December 2007 Legal Services | | | | |
| Noonan & Lieberman 105 W. Adams Street Suite 3000 Chicago, IL 60603 | | - | | | | | | | 20,000.00 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **26,726.53**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **60011 5684 0449 7380**<br><br>**Office Depot**<br>**PO Box 689020**<br>**Des Moines, IA 50368-9020** | | - | | | February 2008<br>Office supplies | | | | 97.00 |
| Account No.<br><br>**Palmer Technical Services**<br>**PO Box 1683**<br>**Lombard, IL 60148** | | - | | | November 2007<br>Computer services | | | | 519.33 |
| Account No.<br><br>**Paragon Enterprises, Inc.**<br>**5403 Western Ave**<br>**Suite 104**<br>**Knoxville, TN 37921** | | - | | | March 2008<br>Materials for inventory | | | | 5,148.00 |
| Account No. **GAR20004**<br><br>**Parksite Surfaces**<br>**1563 Hubbard Ave**<br>**Batavia, IL 60510-1419** | X | - | | | November 2007<br>Materials for inventory | | | | 7,706.07 |
| Account No.<br><br>**Phoenix Builders, Ltd**<br>**1801 Winnetka Circle**<br>**Rolling Meadows, IL 60008** | | - | | | July 2008<br>Utilities | | | | 4,818.88 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,289.28

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Gary M. Day, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **PR2 Blueprint** <br> **5100 Newport Drive** <br> **Suite 1** <br> **Rolling Meadows, IL 60008** | | - | | **April 2008** <br> **Construction services** | | | | 205.60 |
| Account No. <br><br> **Prairie State Group Inc** <br> **1625 Weld Road** <br> **Suite C** <br> **Elgin, IL 60123** | | - | | **April 2007** <br> **Contruction services** | | | | 2,000.00 |
| Account No. 017209 <br><br> **Rayner & Rinn-Scott, Inc** <br> **PO Box 362 Summit** <br> **Summit Argo, IL 60501** | X | - | | **March 2008** <br> **Materials for inventory** | | | | 2,740.05 |
| Account No. <br><br> **Roger Shaw & Assoc** <br> **203 Arbor Drive** <br> **Lamar, MO 64759** | | - | | **January 2008** <br> **Software services** | | | | 2,400.00 |
| Account No. <br><br> **Sprovieris Custom Countertops** <br> **55 Laura Dr** <br> **Addison, IL 60101** | | - | | **March 2007** <br> **Materials for inventory** | | | | 6,500.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,845.65

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                                    ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **June 2008** **Materials for inventory** | | | | |
| **Star Moulding & Trim** **6606 W 74th Street** **Bedford Park, IL 60638** | | - | | | | | | 803.86 |
| Account No. | | | | **July 2007** **Materials for inventory** | | | | |
| **Stone Tek** **323 W Interstate Rd** **Addison, IL 60101** | | - | | | | | | 2,100.00 |
| Account No. | | | | **February 2008** **Construction services** | | | | |
| **Straight & Level Carpentry Inc** **c/o Robert Mucci** **1275 W. Roosevelt, #119** **West Chicago, IL 60185** | | - | | | | | | 70,651.75 |
| Account No. | | | | **April 2008** **Materials for inventory** | | | | |
| **Surface Group Inter** **201 Lageschulte Street** **Barrington, IL 60010** | | - | | | | | | 11,850.00 |
| Account No. | | | | **July 2006** **Commercial lease for 1801 Winnetka Circle** | | | | |
| **The Western Stevens Group** **1801 Winnetka Circle** **Rolling Meadows, IL 60008** | X | - | | | | | X | 20,895.83 |

Sheet no. __15__ of __17__ sheets attached to Schedule of          Subtotal          106,301.44
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.** _____,   Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Thornton Powell**<br>**5550 W. 147th Street**<br>**Oak Forest, IL 60452** | - | | **MARCH 2007**<br>**Notary bonds** | | | | 100.00 |
| Account No. **3003209**<br><br>**Total Plastics Inc**<br>**505 Busse Rd**<br>**Elk Grove Village, IL 60007** | - | | **September 2007**<br>**Materials for inventory** | | | | 444.40 |
| Account No.<br><br>**Total Tooling**<br>**1475 Elmhurst Road**<br>**Elk Grove Village, IL 60007** | - | | **August 2008**<br>**Supplies** | | | | 47.60 |
| Account No.<br><br>**Triangle Decorating Co**<br>**2206 Lively Blvd**<br>**Elk Grove Village, IL 60007** | - | | **July 2007**<br>**Construction services** | | | | 18,196.30 |
| Account No. **212A7F**<br><br>**UPS Lockbox**<br>**577 Carol Stream**<br>**Carol Stream, IL 60132-0577** | - | | **July 2008**<br>**Shipping services** | | | | 348.17 |

Sheet no. **16** of **17** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **19,136.47**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gary M. Day, Inc.**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Walmark Corp 100 W. Rt. 120 PO Box R Round Lake, IL 60073 | | - | | December 2007 Materials for inventory | | | | 212.59 |
| Account No.  Woodmac 3233 Holeman Avenue South Chicago Heights, IL 60411-5515 | | - | | May 2007 Materials for inventory | | | | 2,997.74 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 3,210.33 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 599,034.19 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re   **Gary M. Day, Inc.**                                          , Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **National City Manufacturing Finance**<br>**995 Dalton Dr**<br>**Cincinnati, OH 45203** | **Lease of Edgebander 1315-4**<br>**August 2006** |
| **Phoenix Builders, Ltd**<br>**1801 Winnetka Circle**<br>**Rolling Meadows, IL 60008** | **Lease of 1801 Winnetka Circle, Rolling Meadows,**<br>**IL** |
| **US Bancorp**<br>**1310 Madrid St**<br>**Marshall, MN 56258** | **Lease of copier S/N 282 UL S10110**<br>**August 2006** |
| **US BankCorp**<br>**f/k/a Beacon Funding Corp**<br>**13010 SW 68th Parkway, Ste 100**<br>**Portland, OR 97223** | **Lease of CNC S/N 225**<br>**October 2007** |
| **Vanguard Leasing**<br>**n/k/a Univest Capital**<br>**3325 Street Road, Suite 125**<br>**Bensalem, PA 19020** | **Lease of Microvelllum software package**<br>**October 2006** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **Gary M. Day, Inc.**
                                             ,    Case No. _____
**Debtor**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **FH Premier Plywood, Inc**<br>**1370 Gateway Drive**<br>**Elgin, IL 60123** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Jaeckle Wholesale Inc**<br>**4101 Owl Creek Drive**<br>**Madison, WI 53718** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Parksite Surfaces**<br>**1563 Hubbard Ave**<br>**Batavia, IL 60510-1419** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Rayner & Rinn-Scott, Inc**<br>**PO Box 362 Summit**<br>**Summit Argo, IL 60501** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **American Chartered Bank**<br>**459 S Rand Road**<br>**Lake Zurich, IL 60047** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Comerica Bank**<br>**1900 West Loop  South**<br>**Suite 220**<br>**Houston, TX 77027** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Aetna Plywood, Inc**<br>**4208 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **US Bancorp**<br>**Office Equipment Finance Services**<br>**1310 Madrid St**<br>**Marshall, MN 56258** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **The Western Stevens Group**<br>**1801 Winnetka Circle**<br>**Rolling Meadows, IL 60008** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Univest Capital, Inc. f/k/a**<br>**Vanguard Leasing, Inc.**<br>**9322 Reliable Pky**<br>**Chicago, IL 60686-0093** |

**2**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Gary M. Day, Inc.**                                                    Case No. _____
                                                        ,
                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Internal Revenue Service**<br>**860 E. Algonquin Rd.**<br>**Group 36-Stop 5336 SHG**<br>**Schaumburg, IL 60173** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Edgebanding Surfaces, Inc.**<br>**828 W Cienega Ave.**<br>**San Dimas, CA 91773** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **United States Small Business Admin**<br>**Illinois District Office**<br>**Citycorp Center, 500 W Madison-1250**<br>**Chicago, IL 60661-2511** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Internal Revenue Service**<br>**Kansas City, MO 64999** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **All Tile Inc**<br>**1201 Chase Ave**<br>**Elk Grove Village, IL 60007** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Baer Supply Company**<br>**909 Forest Edge Drive**<br>**Vernon Hills, IL 60061** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **FH Premier Plywood**<br>**1370 Gateway Dr**<br>**Elgin, IL 60123** |
| **Gary M. Day**<br>**225 N. Valley Rd.**<br>**Barrington, IL 60010** | **Lamin-Art**<br>**1670 Basswood Rd**<br>**Schaumburg, IL 60173** |
| **Hubert J. Pinto**<br>**505 Braemar Ave.**<br>**Naperville, IL 60563** | **American Chartered Bank**<br>**459 S Rand Road**<br>**Lake Zurich, IL 60047** |
| **Thomas Valerios**<br>**1742 N. Winnebago**<br>**Chicago, IL 60647** | **American Chartered Bank**<br>**459 S Rand Road**<br>**Lake Zurich, IL 60047** |
| **Tom Teschner**<br>**1801 Winnetka**<br>**Rolling Meadows, IL 60008** | **National City Commercial Capital Co**<br>**995 Dalton Dr**<br>**Cincinnati, OH 45203** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Gary M. Day, Inc.**                                            ,          Case No. _____
                                      Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **U.S. Small Business Administration**<br>**Illinois District Office**<br>**Citicorp Center 500 W Madison #1250**<br>**Chicago, IL 60661-2511** | **Comerica Bank**<br>**1900 West Loop  South**<br>**Suite 220**<br>**Houston, TX 77027** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Gary M. Day, Inc.                                    Case No. _____
                                  Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   35   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 18, 2008                 Signature    /s/ Gary M. Day                      
                                                          Gary M. Day
                                                          President

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day, Inc.                                          Case No.   _____
                                        Debtor(s)            Chapter      7   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,020,626.00 | 2006 |
| $1,812,711.00 | 2007 |
| $670,654.00 | 2008 year-to-date |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|
| American Chartered Bank<br>459 S Rand Road<br>Lake Zurich, IL 60047 | 9/22/08  -  $2,000 approx. | $0.00 | $250,000.00 |
| Michael Duffy<br>1100 Red Coach Lane<br>Algonquin, IL 60102 | 8/22/08  -  $1925.00<br>8/27/08  -  $3868.84<br>8/29/08  -  $1035.27 | $6,829.11 | $0.00 |
| Blue Cross Blue Shield of IL<br>PO Box 1186<br>Chicago, IL 60690-1186 | 8/25/08  -  $3731.84<br>8/25/08  -  $252.05 | $5,983.89 | $5,581.84 |
| American Chartered Bank<br>459 S Rand Road<br>Lake Zurich, IL 60047 | 11/17/08  -  $50,000 approx. | $0.00 | $200,000.00 |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|--------------------------------------------------------|-----------------|-------------|--------------------|
| Gary M. Day<br>225 N. Valley Rd.<br>Barrington, IL 60010 | 3/07/08  -  $5000<br>3/21/08  -  $5000<br>4/04/08  -  $5000<br>4/18/08  -  $5000<br>5/02/08  -  $5000<br>5/16/08  -  $2500<br>6/13/08  -  $1000<br>6/27/08  -  $1500 | $30,000.00 | $89,050.00 |

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Arkaft Corp. v. Gary M. Day, Inc. d/b/a Nuveau Designs Ltd. Case No. 08 M2 00515 | Breach of Contract | Circuit Court Cook County, Second Municipal District | Judgment entered 9/5/08 |
| Nuveau Designs, Ltd. v. Petersen Geller Spurge, Inc. / Petersen Geller Spurge, Inc. v. Gary M. Day, Inc. d/b/a Nuveau Designs Ltd. Case No. 08 L 00093 | Breach of Contract | Circuit Court Cook County, First Municipal District | Pending |
| Aetna Plywood, Inc. v. Gary M. Day, Inc. d/b/a Nuveau Designs, Ltd. and Gary M. Day Case No. 08 M1 137608 | Breach of Contract | Circuit Court Cook County, First Municipal District | Pending |
| Jeff Lucca Custom Carpentry, Inc. v. Gary M. Day, Inc. d/b/a Nuveau Designs, Ltd. Case No. 08 M1 146351 | Breach of Contract | Circuit Court Cook County, First Municipal District | Pending |
| FH Premier Plywood, Inc. v. Nuveau Designs, Inc. and Gary Day Case No. 08 M1 126365 | Breach of Contract | Circuit Court Cook County, First Municipal District | Pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Golan & Christie LLP 70 West Madison Suite 1500 Chicago, IL 60602 | Gary M. Day | $5,000 |

### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| American Chartered Bank<br>459 S Rand Road<br>Lake Zurich, IL 60047 | Swept account on 9/20/08 | $2,000 approx. |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Burton Partners, LLC<br>931 N Plum Grove Road<br>Schaumburg, IL 60173 | 2005 IRS 1120 & Schedules |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Burton Partners, LLC | 931 N Plum Grove Road<br>Schaumburg, IL 60173 |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None
☐
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| October 2007 | Gary M. Day | |
| September 2008 | Gary M. Day | |

None
☐
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| October 2007 | Gary M. Day<br>225 N. Valley Rd.<br>Barrington, IL 60010 |
| September 2008 | Gary M. Day<br>225 N. Valley Rd.<br>Barrington, IL 60010 |

#### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| Gary M. Day<br>225 N. Valley Rd.<br>Barrington, IL 60010 | President | 100% |

#### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

#### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Gary M. Day<br>225 N. Valley Rd.<br>Barrington, IL 60010<br>   President / Owner | 3/07/08  -  repayment<br>3/21/08  -  repayment<br>4/04/08  -  repayment<br>4/18/08  -  repayment<br>5/02/08  -  repayment<br>5/16/08  -  repayment<br>6/13/08  -  repayment<br>6/27/08  -  repayment | $30,000 |

#### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

#### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

9

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   November 18, 2008                          Signature     /s/ Gary M. Day
                                                                 Gary M. Day
                                                                 President

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    Gary M. Day, Inc.                         Case No. _____

                                Debtor(s)      Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................................... $        5,000.00

     Prior to the filing of this statement I have received ............................................... $        5,000.00

     Balance Due ............................................................................................................. $        0.00

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 18, 2008                     /s/ Barbara L. Yong
                                         Barbara L. Yong
                                       Golan & Christie LLP
                                       70 W. Madison
                                       Suite 1500
                                       Chicago, IL 60602
                                       (312) 263-2300  Fax: (312) 263-0939
                                       Blyong@golanchristie.com

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gary M. Day, Inc.

_____ Debtor(s)

Case No. _____

Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    105

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 18, 2008

/s/ Gary M. Day
Gary M. Day/President
Signer/Title

A&M Hardware, Inc.
400 W. Gramby St
Manheim, PA 17545


ABS Whole Sale
953 Seton Court
Wheeling, IL 60090


Aetna Plywood, Inc
4208 Paysphere Circle
Chicago, IL 60674


All Tile Inc
1201 Chase Ave
Elk Grove Village, IL 60007


American Chartered Bank
459 S Rand Road
Lake Zurich, IL 60047


Anderson Lock Company
920 Remington Rd
Schaumburg, IL 60173


Arkraft Corporation
2048 Foster Avenue
Wheeling, IL 60090


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061


Barnes Distribution
Dept CH 14079
Palatine, IL 60055-4079


Barrington Bank & Trust
201 S. Hough St.
Barrington, IL 60010

Blue Care Dental
75 Remittance Drive
Suite 1246
Chicago, IL 60675-1246


Blue Cross Blue Shield of IL
PO Box 1186
Chicago, IL 60690-1186


Burton Partners, LLC
931 N Plum Grove Road
Schaumburg, IL 60173


C&S Enterprises, Ltd
820 Dundee Ave
Elgin, IL 60120


C.R. Laurence Co.
2765 Spectrum Dr.
Elgin, IL 60124


Chicago Office Technology Group
PO Box 5940
Lock Box # 20-COE-001
Carol Stream, IL 60197-5940


Chicago Suburban Express
PO Box 388568
Chicago, IL 60638


CIMCO Communications, Inc
PO Box 95900
Chicago, IL 60694


CINTAS
1870 Brummel Dr.
Elk Grove Village, IL 60007


City of Rolling Meadows
3600 Kirchoff Road
Rolling Meadows, IL 60008


Claridge Products
PO Box 910
Harrison, AR 72602-0910

Cochrane Compressor Company
4533 W North Avenue
Melrose Park, IL 60160


Collins Supply
6465 N. Avondale Ave
Chicago, IL 60631


Comerica Bank
1900 West Loop South
Suite 220
Houston, TX 77027


Contract Builders Hardware
1203 S Northwest Hwy
Barrington, IL 60010


Custom Crafted Doors
2810 County Road
520 North
El Paso, IL 61738


Custom Stainless Solutions
3747 Acorn Lane
Franklin Park, IL 60131


Design Tex
200 Varick Street
8th Floor
New York, NY 10014


Door Connection LLC
1400 Norwood Ave
Itasca, IL 60143


Dymond Glass & Energy
226 W Belvidere Road
Hainesville, IL 60030


E. Kinast Distributors, Inc
3299 Eagle Way
Chicago, IL 60678-1032

Edgebanding Surfaces, Inc.
828 W Cienega Ave.
San Dimas, CA 91773


ELC Installation Co
5635 James Drive
Oak Forest, IL 60452


Eli-Wyn Upholstry
2211 N Elston
Chicago, IL 60614


EPCO Paint
2655 Kirchoff Road
Rolling Meadows, IL 60008


Esser Hayes (Westfield Insurance)
1811 High Grove, Suite 139
PO Box 2830
Naperville, IL 60567


Fed Ex
PO Box 94515
Palatine, IL 60094-4515


FH Premier Plywood
1370 Gateway Dr
Elgin, IL 60123


Fred Pryor Seminars
PO Box 219468
Kansas City, MO 64121-9468


G. Wood Services, Inc
5680 Northwest Highway
Chicago, IL 60646


Gary M. Day
225 N. Valley Rd.
Barrington, IL 60010


Golterman & Sabo
3555 Scarlet Oak Blvd
Saint Louis, MO 63122

Groot Recycling & Waste
2500 Landmeier Road
Elk Grove Village, IL 60007


Hafele America Co.
PO Box 75352
Charlotte, NC 28275


HealthPro Physician
4949 Euclid Ave
Palatine, IL 60067


Holland Freight Lines
750 East 40th Street
Holland, MI 49423


Home Depot
825 E. Dundee Rd.
Palatine, IL 60067


Hubert J. Pinto
505 Braemar Ave.
Naperville, IL 60563


Ideal Door
890 Central Court
New Albany, IN 47150


Interface Fabrics
437 Fifth Ave
New York, NY 10016


Internal Revenue Service
860 E. Algonquin Rd.
Group 36-Stop 5336 SHG
Schaumburg, IL 60173


Internal Revenue Service
Kansas City, MO 64999


Jaeckle Wholesale Inc
4101 Owl Creek Drive
Madison, WI 53718

Jeff Lucca Custom Carpentry Inc
21819 Morning Dove Ln
Frankfort, IL 60423


Kent Kartage Inc
1129 Beachcomber Drive
Schaumburg, IL 60193


Knoll Textiles
222 Merchandise Mart Plaza
Chicago, IL 60654


Lamin-Art
1670 Basswood Rd
Schaumburg, IL 60173


Landmark Building Services Inc
341 Winslow Way
Lake In The Hills, IL 60156


Lewis Floor & Home
1840 Skokie Blvd
Northbrook, IL 60062


M&E Construction
1025 Tonne Road
Elk Grove Village, IL 60007


M.L. Rongo
4817 West Lake Street
Melrose Park, IL 60160-2750


Mandel Metals, Inc.
11400 W Addison St
Franklin Park, IL 60131


Martin Industries
1201 N. 25th Ave
Melrose Park, IL 60160


Masterbuilders Inc
897 Woodlane Drive
Antioch, IL 60002

Midwest Saw Inc
850 Meadowview Crossing
Unit #4
West Chicago, IL 60185


Midwest Woodworking Machinery
PO Box 5747
Elgin, IL 60121-5747


Millwork Direct, Inc
2400 E Main St
Saint Charles, IL 60174


Mirco Incorporated
987 S Lively Blvd
Elk Grove Village, IL 60007


National City Commercial Capital Co
995 Dalton Dr
Cincinnati, OH 45203


National City Manufacturing Finance
995 Dalton Dr
Cincinnati, OH 45203


Noonan & Lieberman
105 W. Adams Street
Suite 3000
Chicago, IL 60603


Office Depot
PO Box 689020
Des Moines, IA 50368-9020


Palmer Technical Services
PO Box 1683
Lombard, IL 60148


Paragon Enterprises, Inc.
5403 Western Ave
Suite 104
Knoxville, TN 37921

Parksite Surfaces
1563 Hubbard Ave
Batavia, IL 60510-1419


Peter A. Rubino
1383 Birchbark Tr.
Carol Stream, IL 60188


Phoenix Builders, Ltd
1801 Winnetka Circle
Rolling Meadows, IL 60008


PR2 Blueprint
5100 Newport Drive
Suite 1
Rolling Meadows, IL 60008


Prairie State Group Inc
1625 Weld Road
Suite C
Elgin, IL 60123


Rayner & Rinn-Scott, Inc
PO Box 362 Summit
Summit Argo, IL 60501


Roger Shaw & Assoc
203 Arbor Drive
Lamar, MO 64759


Sprovieris Custom Countertops
55 Laura Dr
Addison, IL 60101


Star Moulding & Trim
6606 W 74th Street
Bedford Park, IL 60638


Stone Tek
323 W Interstate Rd
Addison, IL 60101

Straight & Level Carpentry Inc
c/o Robert Mucci
1275 W. Roosevelt, #119
West Chicago, IL 60185


Surface Group Inter
201 Lageschulte Street
Barrington, IL 60010


The Western Stevens Group
1801 Winnetka Circle
Rolling Meadows, IL 60008


Thomas Valerios
1742 N. Winnebago
Chicago, IL 60647


Thornton Powell
5550 W. 147th Street
Oak Forest, IL 60452


Tom Teschner
1801 Winnetka
Rolling Meadows, IL 60008


Total Plastics Inc
505 Busse Rd
Elk Grove Village, IL 60007


Total Tooling
1475 Elmhurst Road
Elk Grove Village, IL 60007


Triangle Decorating Co
2206 Lively Blvd
Elk Grove Village, IL 60007


U.S. Small Business Administration
Illinois District Office
Citicorp Center 500 W Madison #1250
Chicago, IL 60661-2511

United States Small Business Admin
Illinois District Office
Citycorp Center, 500 W Madison-1250
Chicago, IL 60661-2511


Univest Capital, Inc. f/k/a
Vanguard Leasing, Inc.
9322 Reliable Pky
Chicago, IL 60686-0093


UPS Lockbox
577 Carol Stream
Carol Stream, IL 60132-0577


US Bancorp
Office Equipment Finance Services
1310 Madrid St
Marshall, MN 56258


US Bancorp
1310 Madrid St
Marshall, MN 56258


US Bank Corp Equipment Finance, Inc
f/k/a Beacon Funding Corp
13010 SW 68th Parkway, Ste 100
Portland, OR 97223


US BankCorp
f/k/a Beacon Funding Corp
13010 SW 68th Parkway, Ste 100
Portland, OR 97223


Vanguard Leasing
n/k/a Univest Capital
3325 Street Road, Suite 125
Bensalem, PA 19020


Walmark Corp
100 W. Rt. 120
PO Box R
Round Lake, IL 60073


Woodmac
3233 Holeman Avenue South
Chicago Heights, IL 60411-5515

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gary M. Day, Inc.

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gary M. Day, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 18, 2008

Date

/s/ Barbara L. Yong

Barbara L. Yong
Signature of Attorney or Litigant
Counsel for   Gary M. Day, Inc.
Golan & Christie LLP
70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
Blyong@golanchristie.com