Hearing Date: October 6, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GARY M. DAY, INC. | § | Case No. 08-31460 |
| | § | |
| Debtor(s) | § | Hon. Jacqueline P. Cox |

## CO GP F GF "TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on     .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-31460 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | | | Date Filed (f) or Converted (c): | 11/18/08 (f) |
| | | | | 341(a) Meeting Date: | 12/30/08 |
| For Period Ending: | 07/24/11 | | | Claims Bar Date: | 05/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Small Business Acct 121954 American Chartered Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2. Small Business Acct 127027 American Chartered Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Meadows Credit Union 3350 Salt Creek Lane, Ste 100 | 0.00 | 0.00 | | 0.00 | FA |
| 4. The Western Stevens Group 1801 Winnetka Circle Rol | 6,600.00 | 0.00 | | 0.00 | FA |
| 5. Unpaid invoices to customers | 200,000.00 | 0.00 | | 0.00 | FA |
| 6. Chevy Astro Van 1999 VIN #1GNDM19W8XB170227 | 5,300.00 | 2,000.00 | | 2,000.00 | FA |
| 7. Chevy Express 25 2001 VIN#1GCFG25W411109295 | 7,500.00 | 3,550.00 | | 3,550.00 | FA |
| 8. International Box Truck 1993 VIN #1HT5A21RKPH48476 | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 9. HOLZ-HER UNI-Master Matrix Table CNC Machining Cen lease with no value to estate | 100,000.00 | 0.00 | | 0.00 | FA |
| 10. HOLZ-HER 1315-4 Edgebander lease with no value to estate | 35,000.00 | 0.00 | | 0.00 | FA |
| 11. Forklift | 12,000.00 | 0.00 | | 0.00 | FA |
| 12. Microvellum software | 40,000.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.71 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $413,400.00 | $7,750.00 | | $7,753.71 | $0.00 |

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sold cars per court order--all other assets subject to lien or under leases; closed 401k; employed accountant
to prepare tax returns

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                                                                                    Ver: 16.02b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-31460    JPC    Judge: Jacqueline P. Cox | Trustee Name:    Joseph A. Baldi, Trustee |
| Case Name: | GARY M. DAY, INC. | Date Filed (f) or Converted (c):    11/18/08 (f) |
| | | 341(a) Meeting Date:    12/30/08 |
| | | Claims Bar Date:    05/29/09 |

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 06/30/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 08-31460 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6121 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2906 | | | |
| For Period Ending: | 07/24/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/08/09 | 6, 7, 8 | AUCTIONS APPRAISALS & LIQUIDATIONS, Inc d/b/a Bob King Auctions 2040 Honeylocust Drive Algonquin, IL 60102 | auction sale proceeds from autos | 6,393.75 | | | | | 6,393.75 |
| | | AUCTIONS APPRAISALS & LIQUIDATIONS, | Memo Amount: ( 1,356.25 ) Auctioneer Expenses | | | | | | |
| | | | Memo Amount: 7,750.00 Gross Proceeds of sale | | | | | | |
| 04/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.09 | | | | 6,393.84 |
| 05/29/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.00 |
| 06/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.16 |
| 07/31/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.32 |
| 08/31/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.48 |
| 09/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.64 |
| 10/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.80 |
| 11/30/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,394.96 |
| 12/31/09 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,395.12 |
| 01/29/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,395.28 |
| 02/26/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.15 | | | | 6,395.43 |
| 03/03/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer Transfer funds for bond premium payment. | | | | | -1.46 | 6,393.97 |
| * 03/03/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer Transfer funds for bond premium payment. | | | | | -384.30 | 6,009.67 |
| * 03/03/10 | | Reverses Transfer on 03/03/10 | Bank Funds Transfer Amount of tranfer for bond premium payment entered in error. Reverse. ecb 3/3/10 | | | | | 384.30 | 6,393.97 |
| 03/04/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer | | | | | -3.99 | 6,389.98 |
| 03/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,390.14 |
| 04/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,390.30 |

UST Form 101-7-TFR (10/1/2010) *(Page: 5)*

LFORM2XT

Ver: 16.02b

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-31460 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | GARY M. DAY, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6121  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2906 | | | |
| For Period Ending: | 07/24/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/28/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,390.46 |
| 06/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,390.62 |
| 07/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,390.78 |
| 08/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.17 | | | | 6,390.95 |
| 09/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,391.11 |
| 10/29/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,391.27 |
| 11/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,391.43 |
| 12/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,391.59 |
| 01/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.030 | | 0.16 | | | | 6,391.75 |
| 02/28/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,391.80 |
| 03/16/11 | | Transfer to Acct #*******6312 | Bank Funds Transfer | | | | | -8.88 | 6,382.92 |
| 03/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,382.97 |
| 04/29/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,383.02 |
| 05/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | | 0.06 | | | | 6,383.08 |
| 06/30/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | | 0.05 | | | | 6,383.13 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 7,750.00 | Account *******6121 | Balance Forward | 0.00 | |
| Memo Allocation Disbursements: | 1,356.25 | 1  Deposits | 6,393.75 | 0  Checks | 0.00 |
| | | 27  Interest Postings | 3.71 | 0  Adjustments Out | 0.00 |
| Memo Allocation Net: | 6,393.75 | Subtotal | $  6,397.46 | 5  Transfers Out | 14.33 |
| | | 0  Adjustments In | 0.00 | Total | $  14.33 |
| | | 0  Transfers In | 0.00 | | |
| | | Total | $  6,397.46 | | |

UST Form 101-7-TFR (10/1/2010)  *(Page: 6)*

LFORM2XT

Ver: 16.02b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-31460 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6312 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******2906 | | | |
| For Period Ending: | 07/24/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/03/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | | | | | 1.46 | 1.46 |
| * 03/03/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | | | | | 384.30 | 385.76 |
| * 03/03/10 | | Reverses Transfer on 03/03/10 | Bank Funds Transfer<br>Amount of tranfer for bond premium payment entered in error. Reverse. ecb 3/3/10 | | | | | -384.30 | 1.46 |
| 03/03/10 | 001001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment - 2010 | | | 1.46 | | | 0.00 |
| 03/04/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer | | | | | 3.99 | 3.99 |
| 03/04/10 | 001002 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment (2nd Check)<br>Balance Owing on 2010 annual premium<br>Bond # 016026455 | | | 3.99 | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6121 | Bank Funds Transfer | | | | | 8.88 | 8.88 |
| 03/16/11 | 001003 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium | | | 8.88 | | | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | Account *******6312 | Balance Forward | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | 0 Deposits | 0.00 | 3 Checks | 14.33 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Net: | 0.00 | Subtotal | $ 0.00 | 0 Transfers Out | 0.00 |
| | | | | Total | $ 14.33 |
| | | 0 Adjustments In | 0.00 | | |
| | | 5 Transfers In | 14.33 | | |
| | | Total | $ 14.33 | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 7)*

LFORM2XT

Ver: 16.02b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-31460 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6312 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2906 | | | |
| For Period Ending: | 07/24/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Total Allocation Receipts: 7,750.00
Total Allocation Disbursements: 1,356.25
Total Memo Allocation Net: 6,393.75

Report Totals:
Balance Forward 0.00
1 Deposits 6,393.75
27 Interest Postings 3.71
Subtotal $ 6,397.46
0 Adjustments In 0.00
5 Transfers In 14.33
Total $ 6,411.79

3 Checks 14.33
0 Adjustments Out 0.00
5 Transfers Out 14.33
Total $ 28.66

Net Total Balance $ 6,383.13

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

LFORM2XT

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31460 | | Page 1 | | Date: July 24, 2011 |
| Debtor Name: | GARY M. DAY, INC. | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative<br>Acutal fees are $752.50; Popowcer voluntarily reduced request for fees to provide distribuiton to prioirity claims to former employees | $0.00 | $600.00 | $600.00 |
| 001<br>3110-00 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative<br>Amount requested has been voluntarily reduced in order to provide ditstribution to prioirity claims of former employees | $0.00 | $7,000.00 | $2,400.00 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | $0.00 | $1,525.37 | $1,525.37 |
| 001<br>3120-00 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative | $0.00 | $157.55 | $157.55 |
| BOND<br>001<br>2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | $0.00 | $8.88 | $8.88 |
| 000024<br>050<br>4210-00 | Comerica Bank<br>Much Shelist Denenberg Ament<br>& Ribensteia,P.C.<br>191 N Wacker Dr Ste 1800<br>Chicago, IL 60606 | Secured<br>Claim Withdrawn-7/13/11 | $0.00 | $0.00 | $0.00 |
| 000026A<br>053<br>5300-00 | Peter A. Rubino<br>1383 Birchbark Tr.<br>Carol Stream, IL 60188 | Priority<br>amended to separate vacation claim (507(a)(3)) and to delete portion of claim for 401k which is included within USDOL claim | $0.00 | $700.48 | $700.48 |
| 000004B<br>054<br>5400-00 | U.S. Department of Labor<br>U.S. Department of Labor EBSA<br>200 W Adams St., Ste 1600<br>Chicago IL 60606 | Priority<br>Pursuant to the direction and request of Calvin Bruce (USDOL), trustee will make distribution directly to indivdual claimants | $0.00 | $6,815.88 | $6,815.88 |
| 00026B<br>054<br>5400-00 | Peter A. Rubino<br>1383 Birchbark Tr.<br>Carol Stream, IL 60188 | Priority<br>amended to separate vacation claim (507(a)(3)) and to delete portion of claim for 401k which is included within USDOL claim | $0.00 | $1,582.87 | $1,582.87 |
| 000005B<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P O Box 21126<br>Philelphia, PA 19114 | Priority<br>(5-1) Modified on 03/05/2009 to correct creditor address filer notified (MJ)(5-2) modified creditor's name (cch) 11/20/2009 | $0.00 | $142,533.71 | $142,533.71 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31460 | | Page 2 | | Date: July 24, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | GARY M. DAY, INC. | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | G. Wood Services, Inc. c/o Donald B Leventhal 20 N Clark St, #1725 Chicago, IL 606 | Unsecured | | $3,399.10 | $5,279.30 | $5,279.30 |
| 000002 070 7100-00 | All Tile Inc c/o Scott and Goldman, Inc 590 W. Crossville RD., Ste . 104 Roswell., GA 30075 | Unsecured | | $20,928.83 | $21,983.46 | $21,983.46 |
| 000003 070 7100-00 | Jaeckle Distributors c/o Scott and Goldman, Inc. 590 W. Crossville RD., STE. 104 Roswell., GA 30075 | Unsecured | | $4,460.20 | $4,525.01 | $4,525.01 |
| 000004A 070 7100-00 | U.S. Department of Labor U.S. Department of Labor EBSA 200 W Adams St., Ste 1600 Chicago IL 60606 | Unsecured | | $0.00 | $16,418.42 | $16,418.42 |
| 000005A 070 7100-00 | Department of the Treasury Internal Revenue Service P O Box 21126 Philelphia, PA 19114 | Unsecured | (5-1) Modified on 03/05/2009 to correct creditor address filer notified (MJ)(5-2) modified creditor's name (cch) 11/20/2009 | $0.00 | $31,282.35 | $31,282.35 |
| 000006 070 7100-00 | Stone Tek 323 W Interstate Rd Addison, IL 60101 | Unsecured | | $2,100.00 | $2,200.00 | $2,200.00 |
| 000007 070 7100-00 | ABS Whole Sale 953 Seton Court Wheeling, IL 60090 | Unsecured | | $199.39 | $199.39 | $199.39 |
| 000008 070 7100-00 | E. Kinast Distributors, Inc 3299 Eagle Way Chicago, IL 60678-0001 | Unsecured | | $4,408.09 | $6,625.64 | $6,625.64 |
| 000009 070 7100-00 | Rayner & Rinn-Scott, Inc PO Box 362 Summit Summit Argo, IL 60501 | Unsecured | | $2,740.05 | $2,346.60 | $2,346.60 |
| 000010 070 7100-00 | Mandel Metals, Inc. c/o Coface North America, Inc 50 Millstone Rd., Bldg. 100 Ste.360 East Windsor, NJ 08520 | Unsecured | | $288.20 | $288.20 | $288.20 |
| 000011 070 7100-00 | All Tile Inc 1201 Chase Ave Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $22,935.45 | $22,935.45 |
| 000012 070 7100-00 | Kent Kartage Inc 1129 Beachcomber Drive Schaumburg, IL 60193 | Unsecured | | $2,517.50 | $2,517.50 | $2,517.50 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31460 | | Page 3 | | | Date: July 24, 2011 |
| Debtor Name: | GARY M. DAY, INC. | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000013 070 7100-00 | Hafele America Co. PO Box 75352 Charlotte, NC 28275 | Unsecured | | $279.57 | $297.57 | $297.57 |
| 000014 070 7100-00 | Anderson Lock Company 920 Remington Rd Schaumburg, IL 60173 | Unsecured | | $8,580.00 | $8,580.00 | $8,580.00 |
| 000015 070 7100-00 | All Tile Inc c/o Scott and Goldman, Inc 590 W. Crossville RD., Ste . 104 Roswell., GA 30075 | Unsecured | Duplicate of Claim #2 | $0.00 | $21,983.46 | $21,983.46 |
| 000016 070 7100-00 | Jaeckle Distributors c/o Scott and Goldman, Inc. 590 W. Crossville RD., STE. 104 Roswell., GA 30075 | Unsecured | Duplicate Claim #3 | $0.00 | $4,525.01 | $4,525.01 |
| 000017 070 7100-00 | Arkraft Corporation 2048 Foster Avenue Wheeling, IL 60090 | Unsecured | | $26,790.00 | $26,750.00 | $26,750.00 |
| 000018 070 7100-00 | Triangle Decorating Co 2206 Lively Blvd Elk Grove Village, IL 60007 | Unsecured | | $18,196.30 | $18,196.30 | $18,196.30 |
| 000019 070 7100-00 | Millwork Direct, Inc 2400 E Main St Suite 103-267 Saint Charles, IL 60174 | Unsecured | | $4,465.00 | $4,465.00 | $4,465.00 |
| 000020 070 7100-00 | Masterbuilders Inc 897 Woodlane Drive Antioch, IL 60002 | Unsecured | | $15,601.15 | $15,919.15 | $15,919.15 |
| 000021 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $790.91 | $790.91 |
| 000022 070 7100-00 | US Bancorp Office Equipment Finance Services 1310 Madrid St #100 Marshall, MN 56258 | Unsecured | | $0.00 | $7,815.21 | $7,815.21 |
| 000023 070 7100-00 | Woodmac 3233 Holeman Avenue South Chicago Heights, IL 60411-5515 | Unsecured | (23-1) Goods Sold | $2,997.74 | $2,997.74 | $2,997.74 |
| 000025 070 7100-00 | Jeff Lucca Custom Carpentry Inc Dana Anthony Weber Attorney at Law 8 South Michigan Ave Ste 1020 Chicago, IL 60603 | Unsecured | | $26,795.03 | $28,190.53 | $28,190.53 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-31460 | | Page 4 | | | Date: July 24, 2011 |
| Debtor Name: | GARY M. DAY, INC. | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000027 070 7100-00 | AMERICAN INFOSOURCE LP AS AGENT FOR FH PREMIER PLYWOOD PO Box 248838 Oklahoma City, OK 73124-8838 | Unsecured | | $9,156.62 | $9,156.62 | $9,156.62 |
| 000028 080 7200-00 | ELC Installation Co 5635 James Drive Oak Forest, IL 60452 | Unsecured | | $35,947.00 | $80,040.00 | $80,040.00 |
| 000029 080 7200-00 | US Bank Corp Equipment Finance, Inc f/k/a Beacon Funding Corp 13010 SW 68th Parkway, Ste 100 Portland, OR 97223 | Unsecured | | $0.00 | $170,613.06 | $170,613.06 |
| | Case Totals: | | | $189,849.77 | $677,846.62 | $673,246.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-31460
Case Name: GARY M. DAY, INC.
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000024 | Comerica Bank | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ | $ | $ |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE, LTD. | $ | $ | $ |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 000004B | U.S. Department of Labor | $ | $ | $ | ** |
| 000005B | Department of the Treasury | $ | $ | $ | |
| 000026A | Peter A. Rubino | $ | $ | $ | |
| 00026B | Peter A. Rubino | $ | $ | $ | |
| AUTO | Internal Revenue Service | $ | $ | $ | |
| AUTO | Internal Revenue Service | $ | $ | $ | |

Total to be paid to priority creditors                                $_____

Remaining Balance                                                          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**Pursuant to request and direction of US Department of Labor, Trustee will make distribution directly to individual claimants whose claims for unpaid 401k contributions comprise the US DOL claim.

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | G. Wood Services, Inc. | $ | $ | $ |
| 000002 | All Tile Inc | $ | $ | $ |
| 000003 | Jaeckle Distributors | $ | $ | $ |
| 000006 | Stone Tek | $ | $ | $ |
| 000007 | ABS Whole Sale | $ | $ | $ |
| 000008 | E. Kinast Distributors, Inc | $ | $ | $ |
| 000009 | Rayner & Rinn-Scott, Inc | $ | $ | $ |
| 000010 | Mandel Metals, Inc. | $ | $ | $ |
| 000011 | All Tile Inc | $ | $ | $ |
| 000012 | Kent Kartage Inc | $ | $ | $ |
| 000013 | Hafele America Co. | $ | $ | $ |
| 000014 | Anderson Lock Company | $ | $ | $ |
| 000015 | All Tile Inc | $ | $ | $ |
| 000016 | Jaeckle Distributors | $ | $ | $ |
| 000017 | Arkraft Corporation | $ | $ | $ |
| 000004A | U.S. Department of Labor | $ | $ | $ |
| 000005A | Department of the Treasury | $ | $ | $ |
| 000018 | Triangle Decorating Co | $ | $ | $ |
| 000019 | Millwork Direct, Inc | $ | $ | $ |
| 000020 | Masterbuilders Inc | $ | $ | $ |
| 000021 | Roundup Funding, LLC | $ | $ | $ |
| 000022 | US Bancorp | $ | $ | $ |
| 000023 | Woodmac | $ | $ | $ |
| 000025 | Jeff Lucca Custom Carpentry Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | ELC Installation Co | $ | $ | $ |
| 000029 | US Bank Corp Equipment Finance, Inc | $ | $ | $ |

    Total to be paid to tardy general unsecured creditors    $_____

    Remaining Balance    $_____

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE