Hearing Date: October 6, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GARY M. DAY, INC. | § | Case No. 08-31460 |
| | § | |
| Debtor | § | Hon. Jacqueline P. Cox |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

9:30 a.m.
on Thursday, October 6, 2011
in Courtroom  619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                             Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
GARY M. DAY, INC. § Case No. 08-31460
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 7,753.71 |
| and approved disbursements of | $ | 1,370.58 |
| leaving a balance on hand of[1] | $ | 6,383.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000024 | Comerica Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,383.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,525.37 | $ 0.00 | $ 1,525.37 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE, LTD. | $ 157.55 | $ 0.00 | $ 157.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 600.00 | $ 0.00 | $ 600.00 |
| Other: International Sureties | $ 8.88 | $ 8.88 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,682.92 |
| Remaining Balance | | | $ 1,700.21 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 151,686.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 000004B | U.S. Department of Labor | $ 6,815.88 | $ 0.00 | $ 811.32 | ** |
| 000005B | Department of the Treasury | $ 142,533.71 | $ 0.00 | $ 0.00 | |
| 000026A | Peter A. Rubino | $ 700.48 | $ 0.00 | $ 700.48 | |
| 00026B | Peter A. Rubino | $ 1,582.87 | $ 0.00 | $ 188.41 | |
| AUTO | Internal Revenue Service | $ 43.43 | $ 0.00 | $ 0.00 | |
| AUTO | Internal Revenue Service | $ 10.16 | $ 0.00 | $ 0.00 | |
| Total to be paid to priority creditors | | | | $ 1,700.21 | |
| Remaining Balance | | | | $ 0.00 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 266,268.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if

**Pursuant to the request and direction of the US Department of Labor, Trustee will make distribution directly to individual claimants whose claims for unpaid 401k contributions comprise the US DOL claim.

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | G. Wood Services, Inc. | $ 5,279.30 | $ 0.00 | $ 0.00 |
| 000002 | All Tile Inc | $ 21,983.46 | $ 0.00 | $ 0.00 |
| 000003 | Jaeckle Distributors | $ 4,525.01 | $ 0.00 | $ 0.00 |
| 000006 | Stone Tek | $ 2,200.00 | $ 0.00 | $ 0.00 |
| 000007 | ABS Whole Sale | $ 199.39 | $ 0.00 | $ 0.00 |
| 000008 | E. Kinast Distributors, Inc | $ 6,625.64 | $ 0.00 | $ 0.00 |
| 000009 | Rayner & Rinn-Scott, Inc | $ 2,346.60 | $ 0.00 | $ 0.00 |
| 000010 | Mandel Metals, Inc. | $ 288.20 | $ 0.00 | $ 0.00 |
| 000011 | All Tile Inc | $ 22,935.45 | $ 0.00 | $ 0.00 |
| 000012 | Kent Kartage Inc | $ 2,517.50 | $ 0.00 | $ 0.00 |
| 000013 | Hafele America Co. | $ 297.57 | $ 0.00 | $ 0.00 |
| 000014 | Anderson Lock Company | $ 8,580.00 | $ 0.00 | $ 0.00 |
| 000015 | All Tile Inc | $ 21,983.46 | $ 0.00 | $ 0.00 |
| 000016 | Jaeckle Distributors | $ 4,525.01 | $ 0.00 | $ 0.00 |
| 000017 | Arkraft Corporation | $ 26,750.00 | $ 0.00 | $ 0.00 |
| 000004A | U.S. Department of Labor | $ 16,418.42 | $ 0.00 | $ 0.00 |
| 000005A | Department of the Treasury | $ 31,282.35 | $ 0.00 | $ 0.00 |
| 000018 | Triangle Decorating Co | $ 18,196.30 | $ 0.00 | $ 0.00 |
| 000019 | Millwork Direct, Inc | $ 4,465.00 | $ 0.00 | $ 0.00 |
| 000020 | Masterbuilders Inc | $ 15,919.15 | $ 0.00 | $ 0.00 |
| 000021 | Roundup Funding, LLC | $ 790.91 | $ 0.00 | $ 0.00 |
| 000022 | US Bancorp | $ 7,815.21 | $ 0.00 | $ 0.00 |
| 000023 | Woodmac | $ 2,997.74 | $ 0.00 | $ 0.00 |
| 000025 | Jeff Lucca Custom Carpentry Inc | $ 28,190.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 9,156.62 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 250,653.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | ELC Installation Co | $ 80,040.00 | $ 0.00 | $ 0.00 |
| 000029 | US Bank Corp Equipment Finance, Inc | $ 170,613.06 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*


STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mjerdine | Date Created: 8/26/2011 |
| Case: 08−31460 | Form ID: pdf006 | Total: 125 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty     Joseph A Baldi &Associates P C
TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Gary M. Day, Inc. | c/o Gary M. Day | 225 N. Valley Rd. | Barrington, IL 60010 |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Barbara L Yong | Golan &Christie LLP | 70 W Madison Suite 1500 | Chicago, IL 60602 |
| aty | Elizabeth C Berg | Baldi Berg &Wallace | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 |
| 12877377 | AMHardware, Inc. | 400 W. Gramby St | Manheim, PA 17545 | |
| 12877378 | ABS Whole Sale | 953 Seton Court | Wheeling, IL 60090 | |
| 13946840 | AMERICAN INFOSOURCE LP AS AGENT FOR | FH PREMIER PLYWOOD | PO Box 248838 | Oklahoma City, OK 73124−8838 |
| 12877384 | ATTMobility | PO Box 6463 | Carol Stream, IL 60197−6463 | |
| 12877379 | Aetna Plywood, Inc | 4208 Paysphere Circle | Chicago, IL 60674 | |
| 13520801 | All Tile Inc | 1201 Chase Ave | Elk Grove Village, IL 60007 | |
| 12877380 | All Tile Inc | c/o Scott and Goldman, Inc | 590 W. Crossville RD., Ste . 104 | Roswell., GA 30075 |
| 12877381 | American Chartered Bank | 459 S Rand Road | Lake Zurich, IL 60047 | |
| 13520802 | American Chartered Bank (Visa) | Cardmember Service | P O Box 6353 | Fargo, ND 58125−6353 |
| 13520803 | American Express Bank | FSB c/o Becket and Lee LLP | P O Box 3001 | Malvern PA 19355−0701 |
| 12877382 | Anderson Lock Company | 920 Remington Rd | Schaumburg, IL 60173 | |
| 12877383 | Arkraft Corporation | 2048 Foster Avenue | Wheeling, IL 60090 | |
| 12877385 | Baer Supply Company | 909 Forest Edge Drive | Vernon Hills, IL 60061 | |
| 12877386 | Barnes Distribution | Dept CH 14079 | Palatine, IL 60055−4079 | |
| 12877387 | Barrington Bank &Trust | 201 S. Hough St. | Barrington, IL 60010 | |
| 12877388 | Blue Care Dental | 75 Remittance Drive | Suite 1246 | Chicago, IL 60675−1246 |
| 12877389 | Blue Cross Blue Shield of IL | PO Box 1186 | Chicago, IL 60690−1186 | |
| 12877390 | Burton Partners, LLC | 931 N Plum Grove Road | Schaumburg, IL 60173 | |
| 12877391 | CSEnterprises, Ltd | 820 Dundee Ave | Elgin, IL 60120 | |
| 12877392 | C.R. Laurence Co. | 2765 Spectrum Dr. | Elgin, IL 60124 | |
| 12877395 | CIMCO Communications, Inc | PO Box 95900 | Chicago, IL 60694 | |
| 12877396 | CINTAS | 1870 Brummel Dr. | Elk Grove Village, IL 60007 | |
| 12877393 | Chicago Office Technology Group | PO Box 5940 | Lock Box # 20−COE−001 | Carol Stream, IL 60197−5940 |
| 12877394 | Chicago Suburban Express | PO Box 388568 | Chicago, IL 60638 | |
| 13520804 | Citibank USA, N.A. | c/o NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 |
| 12877397 | City of Rolling Meadows | 3600 Kirchoff Road | Rolling Meadows, IL 60008 | |
| 12877398 | Claridge Products | PO Box 910 | Harrison, AR 72602−0910 | |
| 12877399 | Cochrane Compressor Company | 4533 W North Avenue | Melrose Park, IL 60160 | |
| 12877400 | Collins Supply | 6465 N. Avondale Ave | Chicago, IL 60631 | |
| 12877401 | Comerica Bank | Much Shelist Denenberg Ament &Ribensteia,P.C. | 191 N Wacker Dr Ste 1800 | Chicago, IL 60606 |
| 12877402 | Contract Builders Hardware | 1203 S Northwest Hwy | Barrington, IL 60010 | |
| 12877403 | Custom Crafted Doors | 2810 County Road 520 North | El Paso, IL 61738 | |
| 12877404 | Custom Stainless Solutions | 3747 Acorn Lane | Franklin Park, IL 60131 | |
| 12877429 | Department of the Treasury | Internal Revenue Service | P O Box 21126 | Philelphia, PA 19114 |
| 12877405 | Design Tex | 200 Varick Street | 8th Floor | New York, NY 10014 |
| 12877406 | Door Connection LLC | 1400 Norwood Ave | Itasca, IL 60143 | |
| 12877407 | Dymond Glass &Energy | 226 W Belvidere Road | Hainesville, IL 60030 | |
| 12877408 | E. Kinast Distributors, Inc | 3299 Eagle Way | Chicago, IL 60678−0001 | |
| 12877410 | ELC Installation Co | 5635 James Drive | Oak Forest, IL 60452 | |
| 12877412 | EPCO Paint | 2655 Kirchoff Road | Rolling Meadows, IL 60008 | |
| 12877409 | Edgebanding Surfaces, Inc. | 828 W Cienega Ave. | San Dimas, CA 91773 | |
| 12877411 | Eli−Wyn Upholstry | 2211 N Elston | Chicago, IL 60614 | |
| 12877413 | Esser Hayes (Westfield Insurance) | 1811 High Grove, Suite 139 | PO Box 2830 | Naperville, IL 60567 |
| 12877415 | FH Premier Plywood | 1370 Gateway Dr | Elgin, IL 60123 | |
| 12877414 | Fed Ex | PO Box 94515 | Palatine, IL 60094−4515 | |
| 12877416 | Fred Pryor Seminars | PO Box 219468 | Kansas City, MO 64121−9468 | |
| 12877417 | G. Wood Services, Inc | 5680 N Northwest Hwy | Chicago, IL 60646 | |
| 12899881 | G. Wood Services, Inc. | c/o Donald B Leventhal | 20 N Clark St, #1725 | Chicago, IL 606 |
| 12877418 | Gary M. Day | 225 N. Valley Rd. | Barrington, IL 60010 | |
| 12877419 | Golterman &Sabo | 3555 Scarlet Oak Blvd | Saint Louis, MO 63122 | |

| ID | Name | Address |
|---|---|---|
| 12877420 | Groot Recycling &Waste | 2500 Landmeier Road   Elk Grove Village, IL 60007 |
| 12877421 | Hafele America Co. | PO Box 75352   Charlotte, NC 28275 |
| 12877422 | HealthPro Physician | 4949 Euclid Ave   Palatine, IL 60067 |
| 12877423 | Holland Freight Lines | 750 East 40th Street   Holland, MI 49423 |
| 12877424 | Home Depot | 825 E. Dundee Rd.   Palatine, IL 60067 |
| 12877425 | Hubert J. Pinto | 505 Braemar Ave.   Naperville, IL 60563 |
| 12877426 | Ideal Door | 890 Central Court   New Albany, IN 47150 |
| 16784918 | Illinois Department of Employment Security | 33 South State Street 10th Floor   Chicago, Illinois 60603   Attn. Amelia Yabes |
| 17385891 | Illinois Department of Revenue | Bankruptcy Section   P.O. Box 64338   Chicago, IL 60664−0338 |
| 12877427 | Interface Fabrics | 437 Fifth Ave   New York, NY 10016 |
| 12877428 | Internal Revenue Service | 860 E. Algonquin Rd.   Group 36−Stop 5336 SHG   Schaumburg, IL 60173 |
| 13520805 | Jaeckie Wholesale Inc | 4101 Owl Creek Drive   Madison, WI 53718 |
| 12877430 | Jaeckle Distributors | c/o Scott and Goldman, Inc.   590 W. Crossville RD., STE. 104   Roswell., GA 30075 |
| 12877431 | Jeff Lucca Custom Carpentry Inc | Dana Anthony Weber   Attorney at Law   8 South Michigan Ave Ste 1020   Chicago, IL 60603 |
| 12877432 | Kent Kartage Inc | 1129 Beachcomber Drive   Schaumburg, IL 60193 |
| 12877433 | Knoll Textiles | 222 Merchandise Mart Plaza   Chicago, IL 60654 |
| 12877434 | Lamin−Art | 1670 Basswood Rd   Schaumburg, IL 60173 |
| 12877435 | Landmark Building Services Inc | 341 Winslow Way   Lake In The Hills, IL 60156 |
| 12877436 | Lewis Floor &Home | 1840 Skokie Blvd   Northbrook, IL 60062 |
| 12877437 | MEConstruction | 1025 Tonne Road   Elk Grove Village, IL 60007 |
| 12877438 | M.L. Rongo | 4817 West Lake Street   Melrose Park, IL 60160−2750 |
| 12877439 | Mandel Metals, Inc. | c/o Coface North America, Inc   50 Millstone Rd., Bldg. 100   Ste.360   East Windsor, NJ 08520 |
| 12877440 | Martin Industries | 1201 N. 25th Ave   Melrose Park, IL 60160 |
| 12877441 | Masterbuilders Inc | 897 Woodlane Drive   Antioch, IL 60002 |
| 12877442 | Midwest Saw Inc | 850 Meadowview Crossing   Unit #4   West Chicago, IL 60185 |
| 12877443 | Midwest Woodworking Machinery | PO Box 5747   Elgin, IL 60121−5747 |
| 12877444 | Millwork Direct, Inc | 2400 E Main St   Suite 103−267   Saint Charles, IL 60174 |
| 12877445 | Mirco Incorporated | 987 S Lively Blvd   Elk Grove Village, IL 60007 |
| 12877446 | National City Commercial Capital Co | 995 Dalton Dr   Cincinnati, OH 45203 |
| 12877447 | National City Manufacturing Finance | 995 Dalton Dr   Cincinnati, OH 45203 |
| 12877448 | Noonan &Lieberman | 105 W. Adams Street   Suite 3000   Chicago, IL 60603 |
| 12877449 | Office Depot | PO Box 689020   Des Moines, IA 50368−9020 |
| 12877455 | PR2 Blueprint | 5100 Newport Drive   Suite 1   Rolling Meadows, IL 60008 |
| 12877450 | Palmer Technical Services | PO Box 1683   Lombard, IL 60148 |
| 12877451 | Paragon Enterprises, Inc. | 5403 Western Ave   Suite 104   Knoxville, TN 37921 |
| 12877452 | Parksite Surfaces | 1563 Hubbard Ave   Batavia, IL 60510−1419 |
| 12877453 | Peter A. Rubino | 1383 Birchbark Tr.   Carol Stream, IL 60188 |
| 13942890 | Peter A. Rubino | 1383 Brichbark Tr   Carol Stream, IL 60188−3319 |
| 12877454 | Phoenix Builders, Ltd | 1801 Winnetka Circle   Rolling Meadows, IL 60008 |
| 12877456 | Prairie State Group Inc | 1625 Weld Road   Suite C   Elgin, IL 60123 |
| 12877457 | Rayner &Rinn−Scott, Inc | PO Box 362 Summit   Summit Argo, IL 60501 |
| 12877458 | Roger Shaw &Assoc | 203 Arbor Drive   Lamar, MO 64759 |
| 13673062 | Roundup Funding, LLC | MS 550   PO Box 91121   Seattle, WA 98111−9221 |
| 12877459 | Sprovieris Custom Countertops | 55 Laura Dr   Addison, IL 60101 |
| 12877460 | Star Moulding &Trim | 6606 W 74th Street   Bedford Park, IL 60638 |
| 12877461 | Stone Tek | 323 W Interstate Rd   Addison, IL 60101 |
| 12877462 | Straight &Level Carpentry Inc | c/o Robert Mucci   1275 W. Roosevelt, #119   West Chicago, IL 60185 |
| 12877463 | Surface Group Inter | 201 Lageschulte Street   Barrington, IL 60010 |
| 13520806 | The Blue Book of Building | and Construction   P O Box 500   Jefferson Valley, NY 10535 |
| 12877464 | The Western Stevens Group | 1801 Winnetka Circle   Rolling Meadows, IL 60008 |
| 12877465 | Thomas Valerios | 1742 N. Winnebago   Chicago, IL 60647 |
| 12877466 | Thornton Powell | 5550 W. 147th Street   Oak Forest, IL 60452 |
| 12877467 | Tom Teschner | 1801 Winnetka   Rolling Meadows, IL 60008 |
| 12877468 | Total Plastics Inc | 505 Busse Rd   Elk Grove Village, IL 60007 |
| 12877469 | Total Tooling | 1475 Elmhurst Road   Elk Grove Village, IL 60007 |
| 12877470 | Triangle Decorating Co | 2206 Lively Blvd   Elk Grove Village, IL 60007 |
| 13048104 | U.S. Department of Labor | U.S. Department of Labor EBSA   200 W Adams St., Ste 1600   Chicago IL 60606 |
| 12877471 | U.S. Small Business Administration | Illinois District Office   Citicorp Center 500 W Madison #1250   Chicago, IL 60661−2511 |
| 12877474 | UPS Lockbox | 577 Carol Stream   Carol Stream, IL 60132−0577 |
| 12877475 | US Bancorp | Office Equipment Finance Services   1310 Madrid St #100   Marshall, MN 56258 |
| 12877476 | US Bancorp Business Equipment Finance Group | Attn: Corporate Attorney   1310 Madrid St, Suite 100   Marshall, MN 56258 |
| 12877477 | US Bank Corp Equipment Finance, Inc | f/k/a Beacon Funding Corp   13010 SW 68th Parkway, Ste 100   Portland, OR 97223 |
| 12877478 | US BankCorp | f/k/a Beacon Funding Corp   13010 SW 68th Parkway, Ste 100   Portland, OR 97223 |
| 12877472 | United States Small Business Admin | Illinois District Office   Citycorp Center, 500 W Madison−1250   Chicago, IL 60661−2511 |

| | | | | |
|---|---|---|---|---|
| 12877473 | Univest Capital, Inc. f/k/a | Vanguard Leasing, Inc. | 9322 Reliable Pky | Chicago, IL 60686−0093 |
| 12877479 | Vanguard Leasing | n/k/a Univest Capital | 3325 Street Road, Suite 125 | Bensalem, PA 19020 |
| 12877480 | Walmark Corp | 100 W. Rt. 120    PO Box R | Round Lake, IL 60073 | |
| 12877481 | Woodmac | 3233 Holeman Avenue South | Chicago Heights, IL 60411−5515 | |

TOTAL: 124