Hearing Date: October 6, 2011
Hearing Time: 9:30 a.m.
Location: 219 S. Dearborn St., Courtroom 619
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| GARY M. DAY, INC. | § | Case No. 08-31460 |
| | § | |
| Debtor | § | Hon. Jacqueline P. Cox |

### AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

9:30 a.m.
on Thursday, October 6, 2011
in Courtroom 619, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                              Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
 §
GARY M. DAY, INC.  §   Case No. 08-31460
 §
Debtor(s)  §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,753.71 |
| and approved disbursements of | $ | 1,370.58 |
| leaving a balance on hand of[1] | $ | 6,383.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 000024 | Comerica Bank | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 6,383.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,525.37 | $ 0.00 | $ 1,525.37 |
| Attorney for Trustee Fees: BALDI BERG & WALLACE, LTD. | $ 2,400.00 | $ 0.00 | $ 2,400.00 |
| Attorney for Trustee Expenses: BALDI BERG & WALLACE, LTD. | $ 157.55 | $ 0.00 | $ 157.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 600.00 | $ 0.00 | $ 600.00 |
| Other: International Sureties | $ 8.88 | $ 8.88 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    4,682.92

Remaining Balance    $    1,700.21

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 151,686.53 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment | |
|---|---|---|---|---|---|
| 000004B | U.S. Department of Labor | $ 6,815.88 | $ 0.00 | $ 811.32 | ** |
| 000005B | Department of the Treasury | $ 142,533.71 | $ 0.00 | $ 0.00 | |
| 000026A | Peter A. Rubino | $ 700.48 | $ 0.00 | $ 700.48 | |
| 00026B | Peter A. Rubino | $ 1,582.87 | $ 0.00 | $ 188.41 | |
| AUTO | Internal Revenue Service | $ 43.43 | $ 0.00 | $ 0.00 | |
| AUTO | Internal Revenue Service | $ 10.16 | $ 0.00 | $ 0.00 | |

Total to be paid to priority creditors    $    1,700.21

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 266,268.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if

**Pursuant to the request and direction of the US Department of Labor, Trustee will make distribution directly to individual claimants whose claims for unpaid 401k contributions comprise the US DOL claim.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | G. Wood Services, Inc. | $ 5,279.30 | $ 0.00 | $ 0.00 |
| 000002 | All Tile Inc | $ 21,983.46 | $ 0.00 | $ 0.00 |
| 000003 | Jaeckle Distributors | $ 4,525.01 | $ 0.00 | $ 0.00 |
| 000006 | Stone Tek | $ 2,200.00 | $ 0.00 | $ 0.00 |
| 000007 | ABS Whole Sale | $ 199.39 | $ 0.00 | $ 0.00 |
| 000008 | E. Kinast Distributors, Inc | $ 6,625.64 | $ 0.00 | $ 0.00 |
| 000009 | Rayner & Rinn-Scott, Inc | $ 2,346.60 | $ 0.00 | $ 0.00 |
| 000010 | Mandel Metals, Inc. | $ 288.20 | $ 0.00 | $ 0.00 |
| 000011 | All Tile Inc | $ 22,935.45 | $ 0.00 | $ 0.00 |
| 000012 | Kent Kartage Inc | $ 2,517.50 | $ 0.00 | $ 0.00 |
| 000013 | Hafele America Co. | $ 297.57 | $ 0.00 | $ 0.00 |
| 000014 | Anderson Lock Company | $ 8,580.00 | $ 0.00 | $ 0.00 |
| 000015 | All Tile Inc | $ 21,983.46 | $ 0.00 | $ 0.00 |
| 000016 | Jaeckle Distributors | $ 4,525.01 | $ 0.00 | $ 0.00 |
| 000017 | Arkraft Corporation | $ 26,750.00 | $ 0.00 | $ 0.00 |
| 000004A | U.S. Department of Labor | $ 16,418.42 | $ 0.00 | $ 0.00 |
| 000005A | Department of the Treasury | $ 31,282.35 | $ 0.00 | $ 0.00 |
| 000018 | Triangle Decorating Co | $ 18,196.30 | $ 0.00 | $ 0.00 |
| 000019 | Millwork Direct, Inc | $ 4,465.00 | $ 0.00 | $ 0.00 |
| 000020 | Masterbuilders Inc | $ 15,919.15 | $ 0.00 | $ 0.00 |
| 000021 | Roundup Funding, LLC | $ 790.91 | $ 0.00 | $ 0.00 |
| 000022 | US Bancorp | $ 7,815.21 | $ 0.00 | $ 0.00 |
| 000023 | Woodmac | $ 2,997.74 | $ 0.00 | $ 0.00 |
| 000025 | Jeff Lucca Custom Carpentry Inc | $ 28,190.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 9,156.62 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 250,653.06 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | ELC Installation Co | $ 80,040.00 | $ 0.00 | $ 0.00 |
| 000029 | US Bank Corp Equipment Finance, Inc | $ 170,613.06 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

| District/Off: 0752−1 | User: mjerdine | Date Created: 8/26/2011 |
|---|---|---|
| Case: 08−31460 | Form ID: pdf006 | Total: 125 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty        Joseph A Baldi &Associates P C
                                                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Gary M. Day, Inc. | c/o Gary M. Day | 225 N. Valley Rd. | Barrington, IL 60010 | |
| tr | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Barbara L Yong | Golan &Christie LLP | 70 W Madison Suite 1500 | Chicago, IL 60602 | |
| aty | Elizabeth C Berg | Baldi Berg &Wallace | 19 S Lasalle Street, , Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi | Baldi Berg &Wallace, Ltd. | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| aty | Joseph A Baldi, Tr | Joseph Baldi &Associates | 19 S Lasalle Street Suite 1500 | Chicago, IL 60603 | |
| 12877377 | AMHardware, Inc. | 400 W. Gramby St | Manheim, PA 17545 | | |
| 12877378 | ABS Whole Sale | 953 Seton Court | Wheeling, IL 60090 | | |
| 13946840 | AMERICAN INFOSOURCE LP AS AGENT FOR | FH PREMIER PLYWOOD | PO Box 248838 | Oklahoma City, OK 73124−8838 | |
| 12877384 | ATTMobility | PO Box 6463 | Carol Stream, IL 60197−6463 | | |
| 12877379 | Aetna Plywood, Inc | 4208 Paysphere Circle | Chicago, IL 60674 | | |
| 13520801 | All Tile Inc | 1201 Chase Ave | Elk Grove Village, IL 60007 | | |
| 12877380 | All Tile Inc | c/o Scott and Goldman, Inc | 590 W. Crossville RD., Ste . 104 | Roswell., GA 30075 | |
| 12877381 | American Chartered Bank | 459 S Rand Road | Lake Zurich, IL 60047 | | |
| 13520802 | American Chartered Bank (Visa) | Cardmember Service | P O Box 6353 | Fargo, ND 58125−6353 | |
| 13520803 | American Express Bank | FSB c/o Becket and Lee LLP | P O Box 3001 | Malvern PA 19355−0701 | |
| 12877382 | Anderson Lock Company | 920 Remington Rd | Schaumburg, IL 60173 | | |
| 12877383 | Arkraft Corporation | 2048 Foster Avenue | Wheeling, IL 60090 | | |
| 12877385 | Baer Supply Company | 909 Forest Edge Drive | Vernon Hills, IL 60061 | | |
| 12877386 | Barnes Distribution | Dept CH 14079 | Palatine, IL 60055−4079 | | |
| 12877387 | Barrington Bank &Trust | 201 S. Hough St. | Barrington, IL 60010 | | |
| 12877388 | Blue Care Dental | 75 Remittance Drive | Suite 1246 | Chicago, IL 60675−1246 | |
| 12877389 | Blue Cross Blue Shield of IL | PO Box 1186 | Chicago, IL 60690−1186 | | |
| 12877390 | Burton Partners, LLC | 931 N Plum Grove Road | Schaumburg, IL 60173 | | |
| 12877391 | CSEnterprises, Ltd | 820 Dundee Ave | Elgin, IL 60120 | | |
| 12877392 | C.R. Laurence Co. | 2765 Spectrum Dr. | Elgin, IL 60124 | | |
| 12877395 | CIMCO Communications, Inc | PO Box 95900 | Chicago, IL 60694 | | |
| 12877396 | CINTAS | 1870 Brummel Dr. | Elk Grove Village, IL 60007 | | |
| 12877393 | Chicago Office Technology Group | PO Box 5940 | Lock Box # 20−COE−001 | Carol Stream, IL 60197−5940 | |
| 12877394 | Chicago Suburban Express | PO Box 388568 | Chicago, IL 60638 | | |
| 13520804 | Citibank USA, N.A. | c/o NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 | |
| 12877397 | City of Rolling Meadows | 3600 Kirchoff Road | Rolling Meadows, IL 60008 | | |
| 12877398 | Claridge Products | PO Box 910 | Harrison, AR 72602−0910 | | |
| 12877399 | Cochrane Compressor Company | 4533 W North Avenue | Melrose Park, IL 60160 | | |
| 12877400 | Collins Supply | 6465 N. Avondale Ave | Chicago, IL 60631 | | |
| 12877401 | Comerica Bank | Much Shelist Denenberg Ament | &Ribensteia,P.C. | 191 N Wacker Dr Ste 1800 | Chicago, IL 60606 |
| 12877402 | Contract Builders Hardware | 1203 S Northwest Hwy | Barrington, IL 60010 | | |
| 12877403 | Custom Crafted Doors | 2810 County Road | 520 North | El Paso, IL 61738 | |
| 12877404 | Custom Stainless Solutions | 3747 Acorn Lane | Franklin Park, IL 60131 | | |
| 12877429 | Department of the Treasury | Internal Revenue Service | P O Box 21126 | Philelphia, PA 19114 | |
| 12877405 | Design Tex | 200 Varick Street | 8th Floor | New York, NY 10014 | |
| 12877406 | Door Connection LLC | 1400 Norwood Ave | Itasca, IL 60143 | | |
| 12877407 | Dymond Glass &Energy | 226 W Belvidere Road | Hainesville, IL 60030 | | |
| 12877408 | E. Kinast Distributors, Inc | 3299 Eagle Way | Chicago, IL 60678−0001 | | |
| 12877410 | ELC Installation Co | 5635 James Drive | Oak Forest, IL 60452 | | |
| 12877412 | EPCO Paint | 2655 Kirchoff Road | Rolling Meadows, IL 60008 | | |
| 12877409 | Edgebanding Surfaces, Inc. | 828 W Cienega Ave. | San Dimas, CA 91773 | | |
| 12877411 | Eli−Wyn Upholstry | 2211 N Elston | Chicago, IL 60614 | | |
| 12877413 | Esser Hayes (Westfield Insurance) | 1811 High Grove, Suite 139 | PO Box 2830 | Naperville, IL 60567 | |
| 12877415 | FH Premier Plywood | 1370 Gateway Dr | Elgin, IL 60123 | | |
| 12877414 | Fed Ex | PO Box 94515 | Palatine, IL 60094−4515 | | |
| 12877416 | Fred Pryor Seminars | PO Box 219468 | Kansas City, MO 64121−9468 | | |
| 12877417 | G. Wood Services, Inc | 5680 N Northwest Hwy | Chicago, IL 60646 | | |
| 12899881 | G. Wood Services, Inc. | c/o Donald B Leventhal | 20 N Clark St, #1725 | Chicago, IL 606 | |
| 12877418 | Gary M. Day | 225 N. Valley Rd. | Barrington, IL 60010 | | |
| 12877419 | Golterman &Sabo | 3555 Scarlet Oak Blvd | Saint Louis, MO 63122 | | |

| | | | | |
|---|---|---|---|---|
| 12877420 | Groot Recycling &Waste | 2500 Landmeier Road | Elk Grove Village, IL 60007 | |
| 12877421 | Hafele America Co. | PO Box 75352 | Charlotte, NC 28275 | |
| 12877422 | HealthPro Physician | 4949 Euclid Ave | Palatine, IL 60067 | |
| 12877423 | Holland Freight Lines | 750 East 40th Street | Holland, MI 49423 | |
| 12877424 | Home Depot | 825 E. Dundee Rd. | Palatine, IL 60067 | |
| 12877425 | Hubert J. Pinto | 505 Braemar Ave. | Naperville, IL 60563 | |
| 12877426 | Ideal Door | 890 Central Court | New Albany, IN 47150 | |
| 16784918 | Illinois Department of Employment Security | 33 South State Street 10th Floor | Chicago, Illinois 60603 | Attn. Amelia Yabes |
| 17385891 | Illinois Department of Revenue | Bankruptcy Section | P.O. Box 64338 | Chicago, IL 60664−0338 |
| 12877427 | Interface Fabrics | 437 Fifth Ave | New York, NY 10016 | |
| 12877428 | Internal Revenue Service | 860 E. Algonquin Rd. | Group 36−Stop 5336 SHG | Schaumburg, IL 60173 |
| 13520805 | Jaeckie Wholesale Inc | 4101 Owl Creek Drive | Madison, WI 53718 | |
| 12877430 | Jaeckle Distributors | c/o Scott and Goldman, Inc. | 590 W. Crossville RD., STE. 104 | Roswell., GA 30075 |
| 12877431 | Jeff Lucca Custom Carpentry Inc | Dana Anthony Weber | Attorney at Law | 8 South Michigan Ave Ste 1020   Chicago, IL 60603 |
| 12877432 | Kent Kartage Inc | 1129 Beachcomber Drive | Schaumburg, IL 60193 | |
| 12877433 | Knoll Textiles | 222 Merchandise Mart Plaza | Chicago, IL 60654 | |
| 12877434 | Lamin−Art | 1670 Basswood Rd | Schaumburg, IL 60173 | |
| 12877435 | Landmark Building Services Inc | 341 Winslow Way | Lake In The Hills, IL 60156 | |
| 12877436 | Lewis Floor &Home | 1840 Skokie Blvd | Northbrook, IL 60062 | |
| 12877437 | MEConstruction | 1025 Tonne Road | Elk Grove Village, IL 60007 | |
| 12877438 | M.L. Rongo | 4817 West Lake Street | Melrose Park, IL 60160−2750 | |
| 12877439 | Mandel Metals, Inc. | c/o Coface North America, Inc | 50 Millstone Rd., Bldg. 100   Ste.360   East Windsor, NJ 08520 | |
| 12877440 | Martin Industries | 1201 N. 25th Ave | Melrose Park, IL 60160 | |
| 12877441 | Masterbuilders Inc | 897 Woodlane Drive | Antioch, IL 60002 | |
| 12877442 | Midwest Saw Inc | 850 Meadowview Crossing | Unit #4   West Chicago, IL 60185 | |
| 12877443 | Midwest Woodworking Machinery | PO Box 5747 | Elgin, IL 60121−5747 | |
| 12877444 | Millwork Direct, Inc | 2400 E Main St | Suite 103−267 | Saint Charles, IL 60174 |
| 12877445 | Mirco Incorporated | 987 S Lively Blvd | Elk Grove Village, IL 60007 | |
| 12877446 | National City Commercial Capital Co | 995 Dalton Dr | Cincinnati, OH 45203 | |
| 12877447 | National City Manufacturing Finance | 995 Dalton Dr | Cincinnati, OH 45203 | |
| 12877448 | Noonan &Lieberman | 105 W. Adams Street | Suite 3000 | Chicago, IL 60603 |
| 12877449 | Office Depot | PO Box 689020 | Des Moines, IA 50368−9020 | |
| 12877455 | PR2 Blueprint | 5100 Newport Drive | Suite 1 | Rolling Meadows, IL 60008 |
| 12877450 | Palmer Technical Services | PO Box 1683 | Lombard, IL 60148 | |
| 12877451 | Paragon Enterprises, Inc. | 5403 Western Ave | Suite 104 | Knoxville, TN 37921 |
| 12877452 | Parksite Surfaces | 1563 Hubbard Ave | Batavia, IL 60510−1419 | |
| 12877453 | Peter A. Rubino | 1383 Birchbark Tr. | Carol Stream, IL 60188 | |
| 13942890 | Peter A. Rubino | 1383 Brichbark Tr | Carol Stream, IL 60188−3319 | |
| 12877454 | Phoenix Builders, Ltd | 1801 Winnetka Circle | Rolling Meadows, IL 60008 | |
| 12877456 | Prairie State Group Inc | 1625 Weld Road | Suite C | Elgin, IL 60123 |
| 12877457 | Rayner &Rinn−Scott, Inc | PO Box 362 Summit | Summit Argo, IL 60501 | |
| 12877458 | Roger Shaw &Assoc | 203 Arbor Drive | Lamar, MO 64759 | |
| 13673062 | Roundup Funding, LLC | MS 550 | PO Box 91101 | Seattle, WA 98111−9221 |
| 12877459 | Sprovieris Custom Countertops | 55 Laura Dr | Addison, IL 60101 | |
| 12877460 | Star Moulding &Trim | 6606 W 74th Street | Bedford Park, IL 60638 | |
| 12877461 | Stone Tek | 323 W Interstate Rd | Addison, IL 60101 | |
| 12877462 | Straight &Level Carpentry Inc | c/o Robert Mucci | 1275 W. Roosevelt, #119 | West Chicago, IL 60185 |
| 12877463 | Surface Group Inter | 201 Lageschulte Street | Barrington, IL 60010 | |
| 13520806 | The Blue Book of Building | and Construction | P O Box 500 | Jefferson Valley, NY 10535 |
| 12877464 | The Western Stevens Group | 1801 Winnetka Circle | Rolling Meadows, IL 60008 | |
| 12877465 | Thomas Valerios | 1742 N. Winnebago | Chicago, IL 60647 | |
| 12877466 | Thornton Powell | 5550 W. 147th Street | Oak Forest, IL 60452 | |
| 12877467 | Tom Teschner | 1801 Winnetka | Rolling Meadows, IL 60008 | |
| 12877468 | Total Plastics Inc | 505 Busse Rd | Elk Grove Village, IL 60007 | |
| 12877469 | Total Tooling | 1475 Elmhurst Road | Elk Grove Village, IL 60007 | |
| 12877470 | Triangle Decorating Co | 2206 Lively Blvd | Elk Grove Village, IL 60007 | |
| 13048104 | U.S. Department of Labor | U.S. Department of Labor EBSA | 200 W Adams St., Ste 1600 | Chicago IL 60606 |
| 12877471 | U.S. Small Business Administration | Illinois District Office | Citicorp Center 500 W Madison #1250   Chicago, IL 60661−2511 | |
| 12877474 | UPS Lockbox | 577 Carol Stream | Carol Stream, IL 60132−0577 | |
| 12877475 | US Bancorp | Office Equipment Finance Services | 1310 Madrid St #100 | Marshall, MN 56258 |
| 12877476 | US Bancorp Business Equipment Finance Group | Attn: Corporate Attorney | 1310 Madrid St, Suite 100   Marshall, MN 56258 | |
| 12877477 | US Bank Corp Equipment Finance, Inc | f/k/a Beacon Funding Corp | 13010 SW 68th Parkway, Ste 100   Portland, OR 97223 | |
| 12877478 | US BankCorp | f/k/a Beacon Funding Corp | 13010 SW 68th Parkway, Ste 100 | Portland, OR 97223 |
| 12877472 | United States Small Business Admin | Illinois District Office | Citycorp Center, 500 W Madison−1250   Chicago, IL 60661−2511 | |

| | | | | |
|---|---|---|---|---|
| 12877473 | Univest Capital, Inc. f/k/a | Vanguard Leasing, Inc. | 9322 Reliable Pky | Chicago, IL 60686−0093 |
| 12877479 | Vanguard Leasing | n/k/a Univest Capital | 3325 Street Road, Suite 125 | Bensalem, PA 19020 |
| 12877480 | Walmark Corp | 100 W. Rt. 120    PO Box R | Round Lake, IL 60073 | |
| 12877481 | Woodmac | 3233 Holeman Avenue South | Chicago Heights, IL 60411−5515 | |

TOTAL: 124

United States Bankruptcy Court
Northern District of Illinois

In re:  
Gary M. Day, Inc.  
    Debtor

Case No. 08-31460-JPC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: mjerdine    Page 1 of 3    Date Rcvd: Aug 30, 2011  
                 Form ID: pdf006    Total Noticed: 119

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2011.

```
db          +Gary M. Day, Inc.,    c/o Gary M. Day,    225 N. Valley Rd.,    Barrington, IL 60010-3433
aty         +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
12877377    +A&M Hardware, Inc.,    400 W. Gramby St,    Manheim, PA 17545-1427
12877378    +ABS Whole Sale,    953 Seton Court,    Wheeling, IL 60090-5704
12877384     AT&T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
12877379    +Aetna Plywood, Inc,    4208 Paysphere Circle,    Chicago, IL 60674-0001
12877380    +All Tile Inc,    c/o Scott and Goldman, Inc,    590 W. Crossville RD., Ste . 104,
              Roswell., GA 30075-7512
12877381    +American Chartered Bank,    459 S Rand Road,    Lake Zurich, IL 60047-2392
13520802     American Chartered Bank (Visa),    Cardmember Service,    P O Box 6353,    Fargo, ND 58125-6353
13520803     American Express Bank,    FSB c/o Becket and Lee LLP,    P O Box 3001,    Malvern PA 19355-0701
12877382    +Anderson Lock Company,    920 Remington Rd,    Schaumburg, IL 60173-4516
12877383    +Arkraft Corporation,    2048 Foster Avenue,    Wheeling, IL 60090-6521
12877385    +Baer Supply Company,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
12877386     Barnes Distribution,    Dept CH 14079,    Palatine, IL 60055-4079
12877387    +Barrington Bank & Trust,    201 S. Hough St.,    Barrington, IL 60010-4364
12877388     Blue Care Dental,    75 Remittance Drive,    Suite 1246,    Chicago, IL 60675-1246
12877389     Blue Cross Blue Shield of IL,    PO Box 1186,    Chicago, IL 60690-1186
12877390    +Burton Partners, LLC,    931 N Plum Grove Road,    Schaumburg, IL 60173-4767
12877391    +C&S Enterprises, Ltd,    820 Dundee Ave,    Elgin, IL 60120-3068
12877392    +C.R. Laurence Co.,    2765 Spectrum Dr.,    Elgin, IL 60124-7841
12877395    +CIMCO Communications, Inc,    PO Box 95900,    Chicago, IL 60694-5900
12877396    +CINTAS,    1870 Brummel Dr.,    Elk Grove Village, IL 60007-2121
12877393     Chicago Office Technology Group,    PO Box 5940,    Lock Box # 20-COE-001,
              Carol Stream, IL 60197-5940
12877394    +Chicago Suburban Express,    PO Box 388568,    Chicago, IL 60638-8568
13520804    +Citibank USA, N.A.,    c/o NCO Financial Systems, Inc.,    507 Prudential Road,
              Horsham, PA 19044-2308
12877397    +City of Rolling Meadows,    3600 Kirchoff Road,    Rolling Meadows, IL 60008-2498
12877398     Claridge Products,    PO Box 910,    Harrison, AR 72602-0910
12877399    +Cochrane Compressor Company,    4533 W North Avenue,    Melrose Park, IL 60160-1023
12877400    +Collins Supply,    6465 N. Avondale Ave,    Chicago, IL 60631-1909
12877401    +Comerica Bank,    Much Shelist Denenberg Ament,    & Ribensteia,P.C.,    191 N Wacker Dr Ste 1800,
              Chicago, IL 60606-1631
12877402    +Contract Builders Hardware,    1203 S Northwest Hwy,    Barrington, IL 60010-5299
12877403     Custom Crafted Doors,    2810 County Road,    520 North,    El Paso, IL 61738
12877405    +Design Tex,    200 Varick Street,    8th Floor,    New York, NY 10014-4894
12877406    +Door Connection LLC,    1400 Norwood Ave,    Itasca, IL 60143-1129
12877407    +Dymond Glass & Energy,    226 W Belvidere Road,    Hainesville, IL 60030-4139
12877408     E. Kinast Distributors, Inc,    3299 Eagle Way,    Chicago, IL 60678-0001
12877410    +ELC Installation Co,    5635 James Drive,    Oak Forest, IL 60452-2836
12877412    +EPCO Paint,    2655 Kirchoff Road,    Rolling Meadows, IL 60008-1814
12877409    +Edgebanding Surfaces, Inc.,    828 W Cienega Ave.,    San Dimas, CA 91773-2489
12877411    +Eli-Wyn Upholstry,    2211 N Elston,    Chicago, IL 60614-9278
12877413    +Esser Hayes (Westfield Insurance),    1811 High Grove, Suite 139,    PO Box 2830,
              Naperville, IL 60567-2830
12877415    +FH Premier Plywood,    1370 Gateway Dr,    Elgin, IL 60124-7806
12877414     Fed Ex,    PO Box 94515,    Palatine, IL 60094-4515
12877416     Fred Pryor Seminars,    PO Box 219468,    Kansas City, MO 64121-9468
12877417    +G. Wood Services, Inc,    5680 N Northwest Hwy,    Chicago, IL 60646-6136
12899881    +G. Wood Services, Inc.,    c/o Donald B Leventhal,    20 N Clark St, #1725,
              Chicago, IL 60602-5000
12877418    +Gary M. Day,    225 N. Valley Rd.,    Barrington, IL 60010-3433
12877419    +Golterman & Sabo,    3555 Scarlet Oak Blvd,    Saint Louis, MO 63122-6603
12877420    +Groot Recycling & Waste,    2500 Landmeier Rd,    Elk Grove Village, IL 60007-2627
12877421    +Hafele America Co.,    PO Box 75352,    Charlotte, NC 28275-0352
12877422    +HealthPro Physician,    4949 Euclid Ave,    Palatine, IL 60067-7212
12877423    +Holland Freight Lines,    750 East 40th Street,    Holland, MI 49423-5342
12877424    +Home Depot,    825 E. Dundee Rd.,    Palatine, IL 60074-2854
12877425    +Hubert J. Pinto,    505 Braemar Ave.,    Naperville, IL 60563-1370
12877429   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
              P O Box 21126,    Philelphia, PA 19114)
12877426    +Ideal Door,    890 Central Court,    New Albany, IN 47150-7234
16784918    +Illinois Department of Employment Security,    33 South State Street 10th Floor,
              Chicago, Illinois 60603-2803,    Attn. Amelia Yabes
17385891     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12877427    +Interface Fabrics,    437 Fifth Ave,    New York, NY 10016-2205
13520805    +Jaeckie Wholesale Inc,    4101 Owl Creek Drive,    Madison, WI 53718-4407
```

```
District/off: 0752-1          User: mjerdine             Page 2 of 3                   Date Rcvd: Aug 30, 2011
                              Form ID: pdf006            Total Noticed: 119


12877430      +Jaeckle Distributors,   c/o Scott and Goldman, Inc.,    590 W. Crossville RD., STE. 104,
               Roswell., GA 30075-7512
12877431      +Jeff Lucca Custom Carpentry Inc,   Dana Anthony Weber,   Attorney at Law,
               8 South Michigan Ave Ste 1020,   Chicago, IL 60603-3451
12877432      +Kent Kartage Inc,   1129 Beachcomber Drive,   Schaumburg, IL 60193-3831
12877433      +Knoll Textiles,   222 Merchandise Mart Plaza,   Chicago, IL 60654-1162
12877434      +Lamin-Art,   1670 Basswood Rd,   Schaumburg, IL 60173-5307
12877435      +Landmark Building Services Inc,   341 Winslow Way,   Lake In The Hills, IL 60156-6228
12877436      +Lewis Floor & Home,   1840 Skokie Blvd,   Northbrook, IL 60062-4106
12877437      +M&E Construction,   1025 Tonne Road,   Elk Grove Village, IL 60007-4817
12877438       M.L. Rongo,   4817 West Lake Street,   Melrose Park, IL 60160-2750
12877439      +Mandel Metals, Inc.,   c/o Coface North America, Inc,    50 Millstone Rd., Bldg. 100,   Ste.360,
               East Windsor, NJ 08520-1419
12877440      +Martin Industries,   1201 N. 25th Ave,   Melrose Park, IL 60160-3025
12877441      +Masterbuilders Inc,   897 Woodlane Drive,   Antioch, IL 60002-2743
12877442      +Midwest Saw Inc,   850 Meadowview Crossing,   Unit #4,   West Chicago, IL 60185-2577
12877443       Midwest Woodworking Machinery,   PO Box 5747,   Elgin, IL 60121-5747
12877444      +Millwork Direct, Inc,   2400 E Main St,   Suite 103-267,   Saint Charles, IL 60174-2415
12877445      +Mirco Incorporated,   987 S Lively Blvd,   Elk Grove Village, IL 60007-2206
12877446      +National City Commercial Capital Co,   995 Dalton Dr,   Cincinnati, OH 45203-1101
12877447      +National City Manufacturing Finance,   995 Dalton Dr,   Cincinnati, OH 45203-1101
12877449       Office Depot,   PO Box 689020,   Des Moines, IA 50368-9020
12877455      +PR2 Blueprint,   5100 Newport Drive,   Suite 1,   Rolling Meadows, IL 60008-3825
12877450      +Palmer Technical Services,   PO Box 1683,   Lombard, IL 60148-8683
12877451      +Paragon Enterprises, Inc.,   5403 Western Ave,   Suite 104,   Knoxville, TN 37921-3243
12877452       Parksite Surfaces,   1563 Hubbard Ave,   Batavia, IL 60510-1419
12877453      +Peter A. Rubino,   1383 Birchbark Tr.,   Carol Stream, IL 60188-3319
13942890       Peter A. Rubino,   1383 Brichbark Tr,   Carol Stream, IL 60188-3319
12877454      +Phoenix Builders, Ltd,   1801 Winnetka Circle,   Rolling Meadows, IL 60008-1365
12877456      +Prairie State Group Inc,   1625 Weld Road,   Suite C,   Elgin, IL 60123-5800
12877457      +Rayner & Rinn-Scott, Inc,   PO Box 362 Summit,   Summit Argo, IL 60501-0362
12877458      +Roger Shaw & Assoc,   203 Arbor Drive,   Lamar, MO 64759-1154
12877459      +Sprovieris Custom Countertops,   55 Laura Dr,   Addison, IL 60101-5111
12877460      +Star Moulding & Trim,   6606 W 74th Street,   Bedford Park, IL 60638-6094
12877461      +Stone Tek,   323 W Interstate Rd,   Addison, IL 60101-4515
12877462      +Straight & Level Carpentry Inc,   c/o Robert Mucci,   1275 W. Roosevelt, #119,
               West Chicago, IL 60185-4815
12877463      +Surface Group Inter,   201 Lageschulte Street,   Barrington, IL 60010-4114
13520806      +The Blue Book of Building,   and Construction,   P O Box 500,   Jefferson Valley, NY 10535-0500
12877464      +The Western Stevens Group,   1801 Winnetka Circle,   Rolling Meadows, IL 60008-1365
12877465      +Thomas Valerios,   1742 N. Winnebago,   Chicago, IL 60647-5401
12877466      +Thornton Powell,   5550 W. 147th Street,   Oak Forest, IL 60452-1100
12877467      +Tom Teschner,   1801 Winnetka,   Rolling Meadows, IL 60008-1365
12877468      +Total Plastics Inc,   505 Busse Rd,   Elk Grove Village, IL 60007-2116
12877469      +Total Tooling,   1475 Elmhurst Road,   Elk Grove Village, IL 60007-6400
13048104      +U.S. Department of Labor,   U.S. Department of Labor EBSA,    200 W Adams St., Ste 1600,
               Chicago IL 60606-5228
12877471      +U.S. Small Business Administration,   Illinois District Office,
               Citicorp Center 500 W Madison #1250,   Chicago, IL 60661-4552
12877474       UPS Lockbox,   577 Carol Stream,   Carol Stream, IL 60132-0577
12877475      +US Bancorp,   Office Equipment Finance Services,   1310 Madrid St #100,   Marshall, MN 56258-4001
12877476      +US Bancorp Business Equipment Finance Group,   Attn: Corporate Attorney,
               1310 Madrid St, Suite 100,   Marshall, MN 56258-4001
12877477      +US Bank Corp Equipment Finance, Inc,   f/k/a Beacon Funding Corp,
               13010 SW 68th Parkway, Ste 100,   Portland, OR 97223-9621
12877478      +US BankCorp,   f/k/a Beacon Funding Corp,   13010 SW 68th Parkway, Ste 100,
               Portland, OR 97223-9621
12877472       United States Small Business Admin,   Illinois District Office,
               Citycorp Center, 500 W Madison-1250,   Chicago, IL 60661-2511
12877473       Univest Capital, Inc. f/k/a,   Vanguard Leasing, Inc.,   9322 Reliable Pky,
               Chicago, IL 60686-0093
12877479      +Vanguard Leasing,   n/k/a Univest Capital,   3325 Street Road, Suite 125,
               Bensalem, PA 19020-2053
12877480       Walmark Corp,   100 W. Rt. 120,   PO Box R,   Round Lake, IL 60073
12877481       Woodmac,   3233 Holeman Avenue South,   Chicago Heights, IL 60411-5515

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: blyong@golanchristie.com Aug 31 2011 03:42:08     Barbara L Yong,
               Golan & Christie LLP,   70 W Madison  Suite 1500,   Chicago, IL 60602-4265
aty           +E-mail/Text: bergtrustee@baldiberg.com Aug 31 2011 03:42:21     Elizabeth C Berg,
               Baldi Berg & Wallace,   19 S Lasalle Street, , Suite 1500,   Chicago, IL 60603-1413
13946840       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 31 2011 04:06:13
               AMERICAN INFOSOURCE LP AS AGENT FOR,   FH PREMIER PLYWOOD,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13520801      +E-mail/Text: lglenn@alltile.com Aug 31 2011 03:41:37     All Tile  Inc,   1201 Chase Ave,
               Elk Grove Village, IL 60007-4837
13673062       E-mail/PDF: BNCEmails@blinellc.com Aug 31 2011 03:46:18     Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 5
```

```
District/off: 0752-1              User: mjerdine             Page 3 of 3                  Date Rcvd: Aug 30, 2011
                                  Form ID: pdf006            Total Noticed: 119

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Joseph A Baldi & Associates P C
aty*        +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
12877404    ##+Custom Stainless Solutions,   3747 Acorn Lane,   Franklin Park, IL 60131-1101
12877428    ##+Internal Revenue Service,   860 E. Algonquin Rd.,   Group 36-Stop 5336 SHG,
              Schaumburg, IL 60173-3808
12877448    ##+Noonan & Lieberman,   105 W. Adams Street,   Suite 3000,   Chicago, IL 60603-6228
12877470    ##+Triangle Decorating Co,   2206 Lively Blvd,   Elk Grove Village, IL 60007-5210
                                                                                   TOTALS: 1, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**              **Signature:**      *Joseph Speetjens*