# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GARY M. DAY, INC. | § | Case No. 08-31460 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Chartered Bank 459 S Rand Road Lake Zurich, IL 60047 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barrington Bank & Trust 201 S. Hough St. Barrington, IL 60010 | | | | | |
| | Comerica Bank 1900 West Loop South Suite 220 Houston, TX 77027 | | | | | |
| | Internal Revenue Service 860 E. Algonquin Rd. Group 36-Stop 5336 SHG Schaumburg, IL 60173 | | | | | |
| | National City Commercial Capital Co 995 Dalton Dr Cincinnati, OH 45203 | | | | | |
| | US Bancorp Office Equipment Finance Services 1310 Madrid St Marshall, MN 56258 | | | | | |
| | US Bank Corp Equipment Finance, Inc f/k/a Beacon Funding Corp 13010 SW 68th Parkway, Ste 100 Portland, OR 97223 | | | | | |
| | United States Small Business Admin Illinois District Office Citycorp Center, 500 W Madison-1250 Chicago, IL 60661-2511 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Univest Capital, Inc. f/k/a Vanguard Leasing, Inc. 9322 Reliable Pky Chicago, IL 60686-0093 | | | | | |
| 000024 | COMERICA BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| AUCTIONS APPRAISALS & LIQUIDATIONS, | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gary M. Day 225 N. Valley Rd. Barrington, IL 60010 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| AUTO | ILLINOIS DEPT. OF REVENUE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| 000026A | RUBINO, PETER | | | | | |
| 00004B2 | MARK D. MYRDACZ | | | | | |
| 00004B1 | MICHAEL DUFFY | | | | | |
| 00026B | PETER RUBINO | | | | | |
| 00004B3 | PETER RUBINO | | | | | |
| 000004B | U.S. DEPARTMENT OF LABOR | | | | | |
| 000005B | DEPARTMENT OF THE TREASURY | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| AUTO | INTERNAL REVENUE SERVICE - MO | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&M Hardware, Inc. 400 W. Gramby St Manheim, PA 17545 | | | | | |
| | AT&T Mobility PO Box 6463 Carol Stream, IL 60197-6463 | | | | | |
| | Aetna Plywood, Inc 4208 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Baer Supply Company 909 Forest Edge Drive Vernon Hills, IL 60061 | | | | | |
| | Barnes Distribution Dept CH 14079 Palatine, IL 60055-4079 | | | | | |
| | Blue Care Dental 75 Remittance Drive Suite 1246 Chicago, IL 60675-1246 | | | | | |
| | Blue Cross Blue Shield of IL PO Box 1186 Chicago, IL 60690-1186 | | | | | |
| | Burton Partners, LLC 931 N Plum Grove Road Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | C&S Enterprises, Ltd 820 Dundee Ave Elgin, IL 60120 | | | | | |
| | C.R. Laurence Co. 2765 Spectrum Dr. Elgin, IL 60124 | | | | | |
| | CIMCO Communications, Inc PO Box 95900 Chicago, IL 60694 | | | | | |
| | CINTAS 1870 Brummel Dr. Elk Grove Village, IL 60007 | | | | | |
| | Chicago Office Technology Group PO Box 5940 Lock Box # 20-COE-001 Carol Stream, IL 60197-5940 | | | | | |
| | Chicago Suburban Express PO Box 388568 Chicago, IL 60638 | | | | | |
| | City of Rolling Meadows 3600 Kirchoff Road Rolling Meadows, IL 60008 | | | | | |
| | Claridge Products PO Box 910 Harrison, AR 72602-0910 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cochrane Compressor Company 4533 W North Avenue Melrose Park, IL 60160 | | | | | |
| | Collins Supply 6465 N. Avondale Ave Chicago, IL 60631 | | | | | |
| | Contract Builders Hardware 1203 S Northwest Hwy Barrington, IL 60010 | | | | | |
| | Custom Crafted Doors 2810 County Road 520 North El Paso, IL 61738 | | | | | |
| | Custom Stainless Solutions 3747 Acorn Lane Franklin Park, IL 60131 | | | | | |
| | Design Tex 200 Varick Street 8th Floor New York, NY 10014 | | | | | |
| | Door Connection LLC 1400 Norwood Ave Itasca, IL 60143 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dymond Glass & Energy 226 W Belvidere Road Hainesville, IL 60030 | | | | | |
| | EPCO Paint 2655 Kirchoff Road Rolling Meadows, IL 60008 | | | | | |
| | Edgebanding Surfaces, Inc. 828 W Cienega Ave. San Dimas, CA 91773 | | | | | |
| | Eli-Wyn Upholstry 2211 N Elston Chicago, IL 60614 | | | | | |
| | Esser Hayes (Westfield Insurance) 1811 High Grove, Suite 139 PO Box 2830 Naperville, IL 60567 | | | | | |
| | Fed Ex PO Box 94515 Palatine, IL 60094-4515 | | | | | |
| | Fred Pryor Seminars PO Box 219468 Kansas City, MO 64121-9468 | | | | | |
| | Gary M. Day 225 N. Valley Rd. Barrington, IL 60010 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Golterman & Sabo 3555 Scarlet Oak Blvd Saint Louis, MO 63122 | | | | | |
| | Groot Recycling & Waste 2500 Landmeier Road Elk Grove Village, IL 60007 | | | | | |
| | HealthPro Physician 4949 Euclid Ave Palatine, IL 60067 | | | | | |
| | Holland Freight Lines 750 East 40th Street Holland, MI 49423 | | | | | |
| | Home Depot 825 E. Dundee Rd. Palatine, IL 60067 | | | | | |
| | Ideal Door 890 Central Court New Albany, IN 47150 | | | | | |
| | Interface Fabrics 437 Fifth Ave New York, NY 10016 | | | | | |
| | Knoll Textiles 222 Merchandise Mart Plaza Chicago, IL 60654 | | | | | |
| | Lamin-Art 1670 Basswood Rd Schaumburg, IL 60173 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Landmark Building Services Inc 341 Winslow Way Lake In The Hills, IL 60156 | | | | | |
| | Lewis Floor & Home 1840 Skokie Blvd Northbrook, IL 60062 | | | | | |
| | M&E Construction 1025 Tonne Road Elk Grove Village, IL 60007 | | | | | |
| | M.L. Rongo 4817 West Lake Street Melrose Park, IL 60160-2750 | | | | | |
| | Martin Industries 1201 N. 25th Ave Melrose Park, IL 60160 | | | | | |
| | Midwest Saw Inc 850 Meadowview Crossing Unit #4 West Chicago, IL 60185 | | | | | |
| | Midwest Woodworking Machinery PO Box 5747 Elgin, IL 60121-5747 | | | | | |
| | Mirco Incorporated 987 S Lively Blvd Elk Grove Village, IL 60007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Noonan & Lieberman 105 W. Adams Street Suite 3000 Chicago, IL 60603 | | | | | |
| | Office Depot PO Box 689020 Des Moines, IA 50368-9020 | | | | | |
| | PR2 Blueprint 5100 Newport Drive Suite 1 Rolling Meadows, IL 60008 | | | | | |
| | Palmer Technical Services PO Box 1683 Lombard, IL 60148 | | | | | |
| | Paragon Enterprises, Inc. 5403 Western Ave Suite 104 Knoxville, TN 37921 | | | | | |
| | Parksite Surfaces 1563 Hubbard Ave Batavia, IL 60510-1419 | | | | | |
| | Phoenix Builders, Ltd 1801 Winnetka Circle Rolling Meadows, IL 60008 | | | | | |
| | Prairie State Group Inc 1625 Weld Road Suite C Elgin, IL 60123 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roger Shaw & Assoc 203 Arbor Drive Lamar, MO 64759 | | | | | |
| | Sprovieris Custom Countertops 55 Laura Dr Addison, IL 60101 | | | | | |
| | Star Moulding & Trim 6606 W 74th Street Bedford Park, IL 60638 | | | | | |
| | Straight & Level Carpentry Inc c/o Robert Mucci 1275 W. Roosevelt, #119 West Chicago, IL 60185 | | | | | |
| | Surface Group Inter 201 Lageschulte Street Barrington, IL 60010 | | | | | |
| | The Western Stevens Group 1801 Winnetka Circle Rolling Meadows, IL 60008 | | | | | |
| | Thornton Powell 5550 W. 147th Street Oak Forest, IL 60452 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Total Plastics Inc 505 Busse Rd Elk Grove Village, IL 60007 | | | | | |
| | Total Tooling 1475 Elmhurst Road Elk Grove Village, IL 60007 | | | | | |
| | UPS Lockbox 577 Carol Stream Carol Stream, IL 60132-0577 | | | | | |
| | Walmark Corp 100 W. Rt. 120 PO Box R Round Lake, IL 60073 | | | | | |
| 000007 | ABS WHOLE SALE | | | | | |
| 000002 | ALL TILE INC | | | | | |
| 000011 | ALL TILE INC | | | | | |
| 000015 | ALL TILE INC | | | | | |
| 000027 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000014 | ANDERSON LOCK COMPANY | | | | | |
| 000017 | ARKRAFT CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005A | DEPARTMENT OF THE TREASURY | | | | | |
| 000008 | E. KINAST DISTRIBUTORS, INC | | | | | |
| 000001 | G. WOOD SERVICES, INC. | | | | | |
| 000013 | HAFELE AMERICA CO. | | | | | |
| 000003 | JAECKLE DISTRIBUTORS | | | | | |
| 000016 | JAECKLE DISTRIBUTORS | | | | | |
| 000025 | JEFF LUCCA CUSTOM CARPENTRY INC | | | | | |
| 000012 | KENT KARTAGE INC | | | | | |
| 000010 | MANDEL METALS, INC. | | | | | |
| 000020 | MASTERBUILDERS INC | | | | | |
| 000019 | MILLWORK DIRECT, INC | | | | | |
| 000009 | RAYNER & RINN-SCOTT, INC | | | | | |
| 000021 | ROUNDUP FUNDING, LLC | | | | | |
| 000006 | STONE TEK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | TRIANGLE DECORATING CO | | | | | |
| 000004A | U.S. DEPARTMENT OF LABOR | | | | | |
| 000022 | US BANCORP | | | | | |
| 000023 | WOODMAC | | | | | |
| 000028 | ELC INSTALLATION CO | | | | | |
| 000029 | US BANK CORP EQUIPMENT FINANCE, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-31460   JPC   Judge: Jacqueline P. Cox | |
| Case Name: | GARY M. DAY, INC. | |
| For Period Ending: | 12/12/11 | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 11/18/08 (f) |
| 341(a) Meeting Date: | 12/30/08 |
| Claims Bar Date: | 05/29/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Small Business Acct 121954 American Chartered Bank | 0.00 | 0.00 | | 0.00 | FA |
| 2. Small Business Acct 127027 American Chartered Bank | 0.00 | 0.00 | | 0.00 | FA |
| 3. Meadows Credit Union 3350 Salt Creek Lane, Ste 100 | 0.00 | 0.00 | | 0.00 | FA |
| 4. The Western Stevens Group 1801 Winnetka Circle Rol | 6,600.00 | 0.00 | | 0.00 | FA |
| 5. Unpaid invoices to customers | 200,000.00 | 0.00 | | 0.00 | FA |
| 6. Chevy Astro Van 1999 VIN #1GNDM19W8XB170227 | 5,300.00 | 2,000.00 | | 2,000.00 | FA |
| 7. Chevy Express 25 2001 VIN#1GCFG25W411109295 | 7,500.00 | 3,550.00 | | 3,550.00 | FA |
| 8. International Box Truck 1993 VIN #1HT5A21RKPH48476 | 7,000.00 | 2,200.00 | | 2,200.00 | FA |
| 9. HOLZ-HER UNI-Master Matrix Table CNC Machining Cen<br>     lease with no value to estate | 100,000.00 | 0.00 | | 0.00 | FA |
| 10. HOLZ-HER 1315-4 Edgebander<br>     lease with no value to estate | 35,000.00 | 0.00 | | 0.00 | FA |
| 11. Forklift | 12,000.00 | 0.00 | | 0.00 | FA |
| 12. Microvellum software | 40,000.00 | 0.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.88 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $413,400.00 | $7,750.00 | | $7,753.88 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sold cars per court order--all other assets subject to lien or under leases; working to close 401k; employed accountant

to prepare tax returns; upon termination of 401k, TFR submitted to UST; final hearing scheduled 10/6/11

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-31460   JPC   Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | GARY M. DAY, INC. | Date Filed (f) or Converted (c): | 11/18/08 (f) |
| | | 341(a) Meeting Date: | 12/30/08 |
| | | Claims Bar Date: | 05/29/09 |

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 06/30/11

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Ver: 16.04e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 08-31460 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6121 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2906 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 04/08/09 | 6, 7, 8 | AUCTIONS APPRAISALS & LIQUIDATIONS, Inc<br>d/b/a Bob King Auctions<br>2040 Honeylocust Drive<br>Algonquin, IL 60102 | auction sale proceeds from autos | 6,393.75 | | | | | 6,393.75 |
| | | AUCTIONS APPRAISALS & LIQUIDATIONS, | Memo Amount:    (    1,356.25 )<br>Auctioneer Expenses<br>Memo Amount:    7,750.00<br>Gross Proceeds of sale | | | | | | |
| 04/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.09 | | | | 6,393.84 |
| 05/29/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.00 |
| 06/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.16 |
| 07/31/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.32 |
| 08/31/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.48 |
| 09/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.64 |
| 10/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.80 |
| 11/30/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,394.96 |
| 12/31/09 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,395.12 |
| 01/29/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,395.28 |
| 02/26/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.15 | | | | 6,395.43 |
| 03/03/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | | | | | -1.46 | 6,393.97 |
| * 03/03/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | | | | | -384.30 | 6,009.67 |
| * 03/03/10 | | Reverses Transfer on 03/03/10 | Bank Funds Transfer<br>Amount of transfer for bond premium payment entered in error.  Reverse.  ecb 3/3/10 | | | | | 384.30 | 6,393.97 |
| 03/04/10 | | Transfer to Acct #*******6312 | Bank Funds Transfer | | | | | -3.99 | 6,389.98 |
| 03/31/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,390.14 |
| 04/30/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,390.30 |

FORM 2

Page:    2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-31460 -JPC |
| Case Name: | GARY M. DAY, INC. |
| Taxpayer ID No: | *******2906 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6121  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/28/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,390.46 |
| 06/30/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,390.62 |
| 07/30/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,390.78 |
| 08/31/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.17 | | | | 6,390.95 |
| 09/30/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,391.11 |
| 10/29/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,391.27 |
| 11/30/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,391.43 |
| 12/31/10 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,391.59 |
| 01/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.030 | | 0.16 | | | | 6,391.75 |
| 02/28/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,391.80 |
| 03/16/11 | | Transfer to Acct #*******6312 | Bank Funds Transfer | | | | | -8.88 | 6,382.92 |
| 03/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,382.97 |
| 04/29/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,383.02 |
| 05/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.06 | | | | 6,383.08 |
| 06/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,383.13 |
| 07/29/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,383.18 |
| 08/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.06 | | | | 6,383.24 |
| 09/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | | 0.05 | | | | 6,383.29 |
| 10/11/11 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.01 | | | | 6,383.30 |
| 10/11/11 | | Transfer to Acct #*******6312 | Final Posting Transfer for final distribution | | | | | -6,383.30 | 0.00 |

FORM 2                                                                                          Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit 9

| Case No: | 08-31460 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | GARY M. DAY, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6121 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2906 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 7,750.00 | Account    *******6121 | Balance Forward | 0.00 |
| | | 1   Deposits | 6,393.75 |
| Memo Allocation Disbursements: | 1,356.25 | 31   Interest Postings | 3.88 |
| Memo Allocation Net: | 6,393.75 | Subtotal | $   6,397.63 |
| | | 0   Adjustments In | 0.00 |
| | | 0   Transfers In | 0.00 |
| | | Total | $   6,397.63 |

| 0   Checks | 0.00 |
| 0   Adjustments Out | 0.00 |
| 6   Transfers Out | 6,397.63 |
| Total | $   6,397.63 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

Exhibit 9

| Case No: | 08-31460 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GARY M. DAY, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6312  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2906 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/03/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer Transfer funds for bond premium payment. | | | | | 1.46 | 1.46 |
| 03/03/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer Transfer funds for bond premium payment. | | | | | 384.30 | 385.76 |
| 03/03/10 | | Reverses Transfer on 03/03/10 | Bank Funds Transfer Amount of tranfer for bond premium payment entered in error.  Reverse.  ecb 3/3/10 | | | | | -384.30 | 1.46 |
| 03/03/10 | 001001 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment - 2010 | | | 1.46 | | | 0.00 |
| 03/04/10 | | Transfer from Acct #*******6121 | Bank Funds Transfer | | | | | 3.99 | 3.99 |
| 03/04/10 | 001002 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment (2nd Check) Balance Owing on 2010 annual premium Bond # 016026455 | | | 3.99 | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6121 | Bank Funds Transfer | | | | | 8.88 | 8.88 |
| 03/16/11 | 001003 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium | | | 8.88 | | | 0.00 |
| 10/11/11 | | Transfer from Acct #*******6121 | Transfer In From MMA Account for final distribution | | | | | 6,383.30 | 6,383.30 |
| 10/11/11 | 001004 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL  60603 | Attorney for Trustee Fees (Trustee | | | 2,400.00 | | | 3,983.30 |
| 10/11/11 | 001005 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | | | 600.00 | | | 3,383.30 |
| 10/11/11 | 001006 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | | | 1,525.37 | | | 1,857.93 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

Ver: 16.04e

FORM 2

Page:   5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-31460 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | GARY M. DAY, INC. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6312 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2906 | | |
| For Period Ending: | 12/12/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 10/11/11 | 001007 | BALDI BERG & WALLACE, LTD. 19 South LaSalle Street Suite 1500 Chicago, IL 60603 | Attorney for Trustee Expenses (Trus | | | 157.55 | | | 1,700.38 |
| 10/11/11 | 001008 | Peter A. Rubino 1383 Birchbark Tr. Carol Stream, IL 60188 | Claim 000026A, Payment 100.00% | | | 450.76 | | | 1,249.62 |
| 10/11/11 | 001009 | Internal Revenue Service Kansas City, MO 64999 | Social Security | | | 43.43 | | | 1,206.19 |
| 10/11/11 | 001010 | Internal Revenue Service Kansas City, MO 64999 | Federal Income Tax | | | 175.12 | | | 1,031.07 |
| 10/11/11 | 001011 | Internal Revenue Service Kansas City, MO 64999 | Medicare | | | 10.16 | | | 1,020.91 |
| 10/11/11 | 001012 | ILLINOIS DEPT. OF REVENUE P.O. BOX 19009 SPRINGFIELD, IL 62794-9009 | State Income Tax | | | 21.01 | | | 999.90 |
| 10/11/11 | 001013 | MICHAEL DUFFY 1100 Red Coach Ln. Algonquin, IL 60188 | Claim 00004B1, Payment 11.91% | | | 581.82 | | | 418.08 |
| 10/11/11 | 001014 | MARK D. MYRDACZ 104 S. Braintree Dr. Schaumburg, IL 60193 | Claim 00004B2, Payment 11.91% | | | 171.00 | | | 247.08 |
| 10/11/11 | 001015 | PETER RUBINO 1383 Birchbark Tr. Carol Stream, IL 60188 | Claim 00004B3, Payment 11.91% | | | 58.64 | | | 188.44 |
| 10/11/11 | 001016 | PETER RUBINO 1383 Birchbark Tr. Carol Stream, IL 60188 | Claim 00026B, Payment 11.90% | | | 188.44 | | | 0.00 |

**FORM 2**

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-31460  -JPC |
| Case Name: | GARY M. DAY, INC. |
| | |
| Taxpayer ID No: | *******2906 |
| For Period Ending: | 12/12/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6312  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers  ($) | Account / CD Balance ($) |

| | |
|---|---|
| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

Account   *******6312

| | | |
|---|---|---|
| Balance Forward | | 0.00 |
| 0  Deposits | | 0.00 |
| 0  Interest Postings | | 0.00 |
| Subtotal | $ | 0.00 |
| 0  Adjustments In | | 0.00 |
| 6  Transfers In | | 6,397.63 |
| Total | $ | 6,397.63 |

| | | |
|---|---|---|
| 16  Checks | | 6,397.63 |
| 0  Adjustments Out | | 0.00 |
| 0  Transfers Out | | 0.00 |
| Total | $ | 6,397.63 |

| | |
|---|---|
| Total Allocation Receipts: | 7,750.00 |
| Total Allocation Disbursements: | 1,356.25 |
| Total Memo Allocation Net: | 6,393.75 |

Report Totals

| | | |
|---|---|---|
| Balance Forward | | 0.00 |
| 1  Deposits | | 6,393.75 |
| 31  Interest Postings | | 3.88 |
| Subtotal | $ | 6,397.63 |
| 0  Adjustments In | | 0.00 |
| 6  Transfers In | | 6,397.63 |
| Total | $ | 12,795.26 |

| | | |
|---|---|---|
| 16  Checks | | 6,397.63 |
| 0  Adjustments Out | | 0.00 |
| 6  Transfers Out | | 6,397.63 |
| Total | $ | 12,795.26 |
| Net Total Balance | $ | 0.00 |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 26)*

Ver: 16.04e